SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Putra Masagung and       Plaintiff,
Imelda Masagung,

                                             8   cv   4049   (VM)

- against -

                                          MOTION TO ADMIT COUNSEL

Kevo-Jean Ayvazian and   Defendant.
K.J.A. Diamonds Int'l Corp.                PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Steven Skulnik    a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Jose L. Martin
Firm Name:          SQUIRE, SANDERS & DEMPSEY L.L.P.
Address:            600 Hansen Way
City/State/Zip:     Palo Alto, CA 94304
Phone Number:       (650) 856-6500
Fax Number:         (650) 843-8777

Jose L. Martin              is a member in good standing of the Bar of the States of

There are no pending disciplinary proceeding against   Jose L. Martin
in any State or Federal court.

Dated:       4/29/2008
City, State: New York, NY

Respectfully submitted,

Sponsor's    Steven Skulnik
SDNY Bar    SS 7821
Firm Name:  Squire, Sanders & Dempsey L.L.P.
Address:    350 Park Avenue
City/State/Zip: New York, NY 10022
Phone Number: (212) 872-9800
Fax Number:   (212) 872-9815

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PUTRA MASAGUNG and IMELDA MASAGUNG,

    Plaintiffs,

-against-

KEVO-JEAN AYVAZIAN and K.J.A. DIAMONDS INT'L CORP.,

    Defendants.

Case No. 08-cv-4049 (VM)

**DECLARATION IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

Steven Skulnik declares as follows:

1. I am of counsel to the law firm of Squire, Sanders & Dempsey L.L.P and an attorney for Putra Masagung and Imelda Masagung, the Plaintiffs in the above-captioned proceeding. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Jose L. Martin as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 1984. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Martin is an associate with the firm of Squire, Sanders & Dempsey L.L.P in Palo Alto, California.

4. I have found Mr. Martin to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Jose L. Martin, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Jose L. Martin, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Jose L. Martin, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

I declare under the penalty of perjury that the foregoing is true and correct and was executed this 29th day of April, 2008 at New York, New York.

_____
Steven Skulnik (SS 7821)



# Supreme Court of California

**FREDERICK K. OHLRICH**
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### JOSE LUIS MARTIN

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that JOSE LUIS MARTIN was on the 6TH day of DECEMBER 1999 duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 23rd day of APRIL, 2008.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By _____
*Joseph Cornetta, Deputy Clerk*

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Putra Masagung and Imelda Masagung,

Plaintiff,

8   cv   4049   ( VM )

- against -

Kevo-Jean Ayvazian and K.J.A. Diamonds Int'l Corp.

Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of   Steven Skulnik   attorney for   Plaintiffs

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jose L. Martin |
| Firm Name: | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| Address: | 600 Hansen Way |
| City/State/Zip: | Palo Alto, CA 94304 |
| Telephone/Fax: | (650) 856-6500 |
| Email Address: | 6508438777 |

is admitted to practice pro hac vice as counsel for   Plaintiffs   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____   SDNY RECEIPT# _____
SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

| | |
|---|---|
| PUTRA MASAGUNG AND IMELDA MAAGUNG, | 08 CIV 4049 (VM) |
| Plaintiffs, | **AFFIDAVIT OF SERVICE** |
| -against- | |
| KEVO-JEAN AYVAZIAN and K.J.A. DIAMONDS INT'L CORP., | |
| Defendants | |

------------------------------------------------------------

STATE OF NEW YORK   }
                    }S.S.:
COUNTY OF NEW YORK  }

    JOSEPH R. PARILLA, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Staten Island, NY 10314.

    That on the 30th day of April 2008 I served via first class mail a true copy of the foregoing Plaintiffs Motions for Jose L. Martin and Mark C. Dosker to appear *pro hac vice* upon defendants:

KEVO-JEAN AYVAZIAN
and
K.J.A. DIAMONDS INT'L CORP.,
580 Fifth Avenue
New York, New York 10036

                                       JOSEPH R. PARILLA (Lic. #924278)

Sworn to before me this
30th day of April 2008

Notary Public

KOSTADINA LAMBROU
Notary Public, State of New York
No. 01LA5041943
Qualified in Queens County
Commission Expires April 10, 20__