United States District Court
Southern Distirict of New York

---

Putra Masagung and Imelda Masagung,

                        Plaintiff(s)

-against-

Kevo-Jean Ayvasizn and K.J.A. Diamonds Int'l Corp.,

                        Defendant(s)

                                                      AFFIDAVIT OF SERVICE
                                                    Case No.  08 CIV 4049

State of New York )
                     ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action.  That on May 2, 2008 at approximately 12:01 PM deponent served the following specific papers  pursuant to Section 306 of the Business Corporation Law,  Summons in a Civil Action and Complaint with Jury Demand and Exhibits, Civil Cover Sheet, Individual Practices of United States District Judge Victor Marrero dated September 9, 2006, Individual Practices of Magistrate Judge Ronald L. Ellis dated April 15, 1999, Third Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004, Guidelines for Electronic Case Filing dated December 1, 2003, and Procedures for Electronic Case Filing dated March 6, 2003, that the party served was K.J.A. Diamonds Int'l Corp., a domestic business corporation, one of the defendants in this action,  by personally serving two copies of the aforesaid papers at the office of the NYS Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving papers with Carol Vogt, a white female with brown hair, being approximately 46-55 years of age; height of 5'0" - 5'3", weight of 100-130 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service.  That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00

                                                                    Mary M. Bonville

Sworn to before me this 2nd day of May, 2008

Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010