UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PUTRA MASAGUNG, **ET ANO.**,           CASE NO. 08 CIV 4049

                        Plaintiff(s),
  -against-

KEVO-JEAN AYVAZIAN, **ET ANO.**,

                      Defendant(s).           **AFFIDAVIT OF SERVICE**
-----------------------------------------------------------X
STATE OF NEW YORK  )
                    s.s :
COUNTY OF NEW YORK  )

      JASON AGEE, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the 5th day of May, 2008, at approximately 5:15 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET JUDGES' RULES and COMPLAINT** upon Kevo-Jean Ayvazian c/o KJA Diamonds Int'l Corp. at 580 Fifth Avenue, Suite 2002, New York, New York 10036 by personally delivering and leaving the same with "John Doe", who is a person of suitable age and discretion, at that address, the actual place of business of the defendant. Upon information and belief "John Doe" is Kevo-Jean Ayvazian, the defendant. (I was able to identify him based on photos provided to me by plaintiff's counsel. Copies of the photos are annexed.)

      "John Doe" (Kevo-Jean Ayvazian) is a white male, approximately 60 years of age, is approximately 5 feet and 4 inches tall, weighs approximately 135 pounds, with medium length gray hair and dark eyes.

(1)

     That on the 8th day of May, 2008 deponent served another copy of the foregoing upon the defendant by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "Personal and Confidential" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**Kevo-Jean Ayvazian**
**c/o KJA Diamonds Int'l Corp.**
**580 Fifth Avenue, Suite 2002**
**New York, New York 10036**

Sworn to before me this
8th day of May, 2008

JASON AGEE #1196790

**MICHAEL J. KEATING**
**NOTARY PUBLIC, STATE OF NEW YORK**
Reg. No. 01-KE-4851559
**Qualified in New York County**
**Commission expires February 3, 2010**

(2)



U.S. POSTAL SERVICE    CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From: One Beekamn Street
Suite 406
New York, New York 10038

One piece of ordinary mail addressed to:
Kevo-Jean Ayvazian
c/o K.J.A. Diamonds Int'l. Corp.
580 Fifth Avenue, Suite 2002
New York, New York 10036

# 0000039230

PS Form **3817**, January 2001



