UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PUTRA MASAGUNG, **ET ANO.**,	CASE NO. 08 CIV 4049

                        Plaintiff(s),
  -against-

KEVO-JEAN AYVAZIAN, **ET ANO.**,

                       Defendant(s).	**AFFIDAVIT OF INVESTIGATION**
-----------------------------------------------------------X
STATE OF NEW YORK   )
                       s.s :
COUNTY OF NEW YORK   )

     MICHAEL J. KEATING, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

     That on the 29th day of May, 2008, at approximately 7:42 p.m., in an attempt to obtain the current military status of the individual defendant in this action Kevo-Jean Ayvazian, owner and officer of the corporate defendant KJA Diamonds Int'l Corp., I called his last known residence address [(201) 567-4337 at 321 Grant Avenue, Cresskill, NJ 07626] and spoke to Jacqueline Ayvazian, mother of the defendant. I asked her if Kevo-Jean Ayvazian is in active military service for the United States or for the State in any capacity whatsoever, or is dependent upon such person and received a negative reply.

Sworn to before me this
30th day of May, 2008

_____
MICHAEL J. KEATING

_____
JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate filed in New York County
Commission expires February 17, 2010