UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
PUTRA MASAGUNG and IMELDA MASAGUNG,  :

      Plaintiffs,  :    CASE NO. 08 Civ. 4049 (VM)

  -against-  :    **NOTICE OF MOTION FOR JUDGMENT BY DEFAULT**

KEVO-JEAN AYVAZIAN and K.J.A. DIAMONDS INT'L CORP.,  :

      Defendants.  :
---------------------------------------- X

    PLEASE TAKE NOTICE that, upon the Affidavit of PUTRA MASAGUNG sworn to on July 15, 2008, and the exhibits annexed thereto, plaintiffs will and hereby do move the Court at the Courthouse, located at 500 Pearl Street New York, NY 10007, at 10:00 a.m. on the 11th day of August, 2008, or on such other adjourned date and time as the Court may determine pursuant to Fed. R. Civ. P. 55, Local Civil Rule 55.2 and 55.2(b), and the Default Judgment Procedures of United States District Judge Victor Marrero, Southern District of New York for a judgment on default for the amounts requested in the supporting papers and the Application for Interim Award of Legal Fees and Disbursements submitted herewith and for such other and further relief as the Court may consider just and proper.

    Pursuant to Local Civil Rule 6.1, any opposing affidavits and answering memoranda shall be served within ten business days after service of the moving papers.

|  |  |
|---|---|
| July 18, 2008 | SQUIRE, SANDERS & DEMPSEY L.L.P.<br><br>By: _____<br>Steven Skulnik (SS 7821)<br><br>Attorneys for Plaintiffs<br>PUTRA MASAGUNG and IMELDA MASAGUNG<br>350 Park Avenue, 15th Floor<br>New York, NY 10022-6022<br>(212) 872-9800 |

2