UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PUTRA MASAGUNG and IMELDA
MASAGUNG,

          Plaintiffs,

    -against-

KEVO-JEAN AYVAZIAN and K.J.A.
DIAMONDS INT'L CORP.,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

    :

    :

    :

    :

    :

    :

CASE NO.  08 Civ. 4049 (VM)

**DECLARATION OF
STEVEN SKULNIK IN SUPPORT OF
APPLICATION FOR INTERIM AWARD
OF LEGAL FEES AND
DISBURSEMENTS AS PART OF
JUDGMENT BY DEFAULT**

Steven Skulnik declares as follows:

1.      I am an attorney admitted to practice in the State of New York and am of counsel at the law firm of Squire, Sanders & Dempsey L.L.P ("Squire Sanders"), counsel of record for plaintiffs PUTRA MASAGUNG and IMELDA MASAGUNG ("Plaintiffs") in this action.  I am fully familiar with the facts set forth below.  I make this declaration in support of Plaintiffs' Application for Interim Award of Legal Fees and Disbursements dated July 18, 2008 (the "Application").  The fees and related expenses at issue arise from the misconduct of defendants KEVO-JEAN AYVAZIAN ("Mr. Ayvazian") and K.J.A. DIAMONDS INT'L CORP. ("K.J.A.") (collectively, "Defendants"), as alleged in the complaint, and from Plaintiffs' prosecution of their concurrently filed motion for a default judgment (the "Default Judgment") because of Defendants' failure to respond to the complaint.

2.      As alleged in the complaint, on or about April 13, 2006, Plaintiffs first learned that K.J.A. had sold an interest in the Joint Venture Diamonds (as defined in the accompanying application) to L.J. West Diamonds, Inc.  Plaintiffs had no reason to suspect, before this time, that the Defendants had surreptitiously sold the Joint Venture Diamonds.

3.       Starting in April 2006, based on Plaintiffs' information about Defendants' misconduct, Plaintiffs' counsel prepared and served a letter that demanded that Defendants return the Joint Venture Diamonds to Plaintiffs or pay Plaintiffs what they were owed under the Joint Venture Agreement for the sale of the Joint Venture Diamonds.

4.       In May through August 2006, Plaintiffs' counsel continued their efforts to obtain informally compensation from Defendants for their breach of the Joint Venture Agreement and related misconduct.  In particular, Plaintiffs' counsel communicated with Larry West to gather further facts surrounding the events upon which Plaintiffs' complaint is based.

5.       In December 2006, Plaintiffs' counsel drafted a debt workout agreement (the "Draft Debt Workout Agreement") for the payment of Defendants' debt using the proceeds of the sale of other diamonds, unrelated to the Joint Venture Diamonds, in Defendants' possession. Plaintiffs' counsel worked with Defendants and their counsel to negotiate and revise the Draft Debt Workout Agreement through November 2007.

6.       Starting in March 2008, Plaintiffs incurred attorney fees in compiling all facts regarding the instant dispute with Defendants, drafting the complaint, and filing and serving the complaint and summons.

7.       In May 2008, after Defendants' time to respond to the complaint has expired, Plaintiffs' counsel applied for entry of the Defendants' default, and pursued the concurrently filed application for a default judgment.

8.       Since April 2006, my law firm Squire, Sanders & Dempsey L.L.P. has devoted significant time and resources to prosecuting plaintiffs' claims in this litigation.  This includes approximately 206.1 hours of attorney and staff time amounting to $80,753.50.  In addition, plaintiffs have incurred expenses dedicated to litigating this proceeding amounting to

$9,809.08. The addition of these two sums yields a total of $90,562.58. These figures are drawn from my firm's invoices, which are attached as Exhibit A, and include all legal services rendered, disbursements made, and time spent communicating with our clients regarding the status of the case. The detailed time records in Exhibit A have been redacted where privileged matter is in the description portion.

9.      Squire, Sanders & Dempsey L.L.P.'s hourly rates are the same as or lower than those commonly charged by plaintiffs' respective counsel to their regular clients. With regard to disbursements, these expenses are reflected in my firm's books and records, prepared from expense vouchers, receipts, statements and other records and are a true and accurate summary of the expenses for this case. The expenses are recorded at the same rates at which the respective firms bill clients for such charges.

10.     I have 24 years of experience in civil and commercial litigation in the federal and state courts of New York. My educational and professional background, and the educational and professional backgrounds of the other lawyers who have devoted substantial time to this case are set forth in the attached biographies, which are copied from the respective firms' websites and are incorporated herein as Exhibit B. In particular,

        a.      Nicholas C. Unkovic is a partner, admitted to the bar in 1976, who has over 30 years of experience in the areas of Corporate law and Corporate Finance law;

        b.      Mark C. Dosker is a partner, admitted to the bar in 1984, who has over 20 years of experience in civil and commercial litigation in the federal and state courts, including federal courts sitting in New York;

   c. Jose L. Martin is a senior associate, admitted to the bar in 1999, who has over eight years of experience in civil, commercial and intellectual property litigation in federal and state courts; and

   d. Xavier M. Brandwajn is an associate, admitted to the bar in 2006, who has almost two years of experience in civil, commercial and intellectual property litigation in federal and state courts.

  11. For all of the foregoing reasons and upon the evidence contained in this Declaration, Plaintiffs' counsel respectfully request that the Court grant Plaintiffs' counsel's attorneys' fees request in the amount of $80,753.50, reflecting the hours expended at reasonable hourly rates on behalf of the Plaintiffs, the reimbursement of $9,809.08 of out-of-pocket expenses, for a total interim (through May 2008) award of $90,562.58.

  I declare under penalty of perjury that the foregoing is true and correct. Executed on July 18, 2008 in New York, New York.

                      _____
                       STEVEN SKULNIK



# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS· RIO DE JANEIRO · SANTO DOMINGO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES· DUBLIN · KYIV · MILAN · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8181056 |
| Invoice Date: | 05/15/06 |
| Matter Number: | 40201.00013 |

## KJA Diamonds Int'l Corp

| INVOICE SUMMARY | |
|---|---|
| Fees: | $ 2,098.50 |
| Disbursements: | $ 19.24 |
| **Amount Due for this Invoice:** | **$ 2,117.74** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Mark C. Dosker |
| P.O. Box 643051 | 425 Walnut St. | Suite 300 |
| Cincinnati, OH 45264-3051 | Cincinnati, OH 45264 | One Maritime Plaza |
| Phone: 216.687.3400 | For credit to the account of | San Francisco, CA 94111-3492 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.415.954.0200 |
| | Bank Account #576762314 | Fax: +1.415.393.9887 |
| | Reference: 8181056.40201 | email: MDosker@ssd.com |

Please Include Invoice Number with all Payments
Tax Identification Number 34-0648199

 

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA· TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS· RIO DE JANEIRO · SANTO DOMINGO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES· DUBLIN · KYIV · MILAN · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8181056 |
| Invoice Date: | 05/15/06 |
| Matter Number: | 40201.00013 |

## REMITTANCE COPY

### KJA Diamonds Int'l Corp

| INVOICE SUMMARY | |
|---|---|
| Fees: | $ 2,098.50 |
| Disbursements: | $ 19.24 |
| **Amount Due for this Invoice:** | **$ 2,117.74** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Mark C. Dosker |
| P.O. Box 643051 | 425 Walnut St. | Suite 300 |
| Cincinnati, OH 45264-3051 | Cincinnati, OH 45264 | One Maritime Plaza |
| Phone: 216.687.3400 | For credit to the account of | San Francisco, CA 94111-3492 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.415.954.0200 |
| | Bank Account #576762314 | Fax: +1.415.393.9887 |
| | Reference: 8181056.40201 | email: MDosker@ssd.com |

**Please Include Invoice Number with all Payments**
Tax Identification Number 34-0648199



SQUIRE, SANDERS & DEMPSEY L.L.P.

40201.00013

05/15/06                                                          Putra Masagung / KJA Diamonds Int'l Corp

Page 1                                                            Invoice Number: 8181056

## KJA DIAMONDS INT'L CORP

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | NARRATIVE |
|------|-------|------------|-----------|
| 04/21/06 | 1.40 | M. Dosker | Teleconference with client; prepare initial analysis and strategy in view of same; prepare for and telephone call to L. West; prepare for and telephone call to L. West's counsel |
| 04/22/06 | 1.90 | M. Dosker | Draft demand letter and multiple communications with client; related analysis and strategy. |
| 04/23/06 | 0.50 | N. Unkovic | Review draft letter re new diamond sale problem. |

**TOTAL HOURS:**                                                                      **3.80**

**TOTAL SERVICES:**                                                                   **$ 2,098.50**

### DISBURSEMENT SUMMARY

| | |
|---|---|
| Faxes - Outgoing | 12.00 |
| Printing/duplicating-in-house | 2.48 |
| Telephone | 4.76 |

**TOTAL DISBURSEMENTS:**                                                              **$ 19.24**

**SQUIRE, SANDERS & DEMPSEY L.L.P.**

40201.00013

05/15/06                                                                    Putra Masagung / KJA Diamonds Int'l Corp

Page 2                                                                      Invoice Number: 8181056

## MATTER TOTAL

| | |
|---|---|
| **TOTAL SERVICES:** | · $ 2,098.50 |
| **TOTAL DISBURSEMENTS:** | $ 19.24 |
| **TOTAL AMOUNT DUE FOR THIS MATTER:** | $ 2,117.74 |

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS· RIO DE JANEIRO · SANTO DOMINGO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES· DUBLIN · KYIV · MILAN · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8190549 |
| Invoice Date: | 06/23/06 |
| Matter Number: | 40201.00013 |

**KJA Diamonds Int'l Corp**

## INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 3,010.00 |
| Disbursements: | $ 19.94 |
| **Amount Due for this Invoice:** | **$ 3,029.94** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 2,117.74 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 5,147.68** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P.<br>P.O. Box 643051<br>Cincinnati, OH 45264-3051<br>Phone: 216.687.3400<br>Fax: 216.687.3401 | US Bank<br>425 Walnut St.<br>Cincinnati, OH 45264<br>For credit to the account of<br>Squire, Sanders & Dempsey L.L.P.<br>Bank Routing #042-0000-13<br>Bank Account #576762314<br>Reference: 8190549.40201 | Mark C. Dosker<br>Suite 300<br>One Maritime Plaza<br>San Francisco, CA 94111-3492<br>United States<br>Phone: +1.415.954.0200<br>Fax: +1.415.393.9887<br>email: MDosker@ssd.com |

**Please Include Invoice Number with all Payments**
Tax Identification Number 34-0648199



# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK

PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA· TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH

CARACAS· RIO DE JANEIRO · SANTO DOMINGO

BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · LONDON · MOSCOW · PRAGUE · WARSAW

BEIJING · HONG KONG · SHANGHAI · TOKYO

ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES· DUBLIN · KYIV · MILAN · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8190549 |
| Invoice Date: | 06/23/06 |
| Matter Number: | 40201.00013 |

# REMITTANCE COPY

**KJA Diamonds Int'l Corp**

## INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 3,010.00 |
| Disbursements: | $ 19.94 |
| **Amount Due for this Invoice:** | **$ 3,029.94** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 2,117.74 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 5,147.68** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Mark C. Dosker |
| P.O. Box 643051 | 425 Walnut St. | Suite 300 |
| Cincinnati, OH 45264-3051 | Cincinnati, OH 45264 | One Maritime Plaza |
| Phone: 216.687.3400 | For credit to the account of | San Francisco, CA 94111-3492 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.415.954.0200 |
| | Bank Account #576762314 | Fax: +1.415.393.9887 |
| | Reference: 8190549.40201 | email: MDosker@ssd.com |
| | **Please Include Invoice Number with all Payments** | |
| | Tax Identification Number 34-0648199 | |



SQUIRE, SANDERS & DEMPSEY L.L.P.

40201.00013

06/23/06                                                                     Putra Masagung / KJA Diamonds Int'l Corp

Page 1                                                                          Invoice Number: 8190549


## KJA DIAMONDS INT'L CORP

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | NARRATIVE |
|------|-------|-----------|-----------|
| 05/02/06 | 0.40 | M. Dosker | Conference with client regarding status and strategy for pursuing recovery; related issues. |
| 05/02/06 | 0.40 | N. Unkovic | Conference re status and next steps. |
| 05/04/06 | 0.20 | M. Dosker | Teleconference w/ client regarding facts, issues and strategies |
| 05/04/06 | 0.40 | J. Martin | Attention to letter sent to Larry West's counsel re issues in the case. |
| 05/05/06 | 1.70 | M. Dosker | Update client regarding status and pending efforts; prepare faxes re same; draft, revise and finalize demand letter to KJA and its alter ego; related analysis and strategy. |
| 05/10/06 | 0.40 | M. Dosker | Telephone call from Larry West, now unrepresented by counsel, about his efforts to recover for both him and our client from KJA and its alter ego; prepare further analysis and strategy in view of same. |
| 05/11/06 | 0.70 | M. Dosker | Prepare further analysis and strategy in anticipation of KJA's continued failure to return diamonds or pay for them to clients. |
| 05/16/06 | 0.60 | M. Dosker | Prepare further analysis and strategy in view of non-response by KJA parties. |
| 05/22/06 | 0.10 | M. Dosker | Prepare for and telephone call to witness L. West regarding factual information. |
| 05/25/06 | 0.20 | M. Dosker | Telephone call to witness L. West. |
| 05/30/06 | 0.20 | M. Dosker | Prepare further points for use in teleconference with client; related analysis and strategy. |
| 05/30/06 | 0.30 | M. Dosker | Teleconferences with I. Masagung and P. Masagung regarding ; prepare further analysis and strategy in view of same. |

**TOTAL HOURS:**                                                                                 **5.60**

**TOTAL SERVICES:**                                                                       **$ 3,010.00**



SQUIRE, SANDERS & DEMPSEY L.L.P.

40201.00013

06/23/06                                                    Putra Masagung / KJA Diamonds Int'l Corp

Page 2                                                      Invoice Number: 8190549

## DISBURSEMENT SUMMARY

| | |
|---|---:|
| Faxes - Outgoing | 16.00 |
| Postage | 1.02 |
| Printing/duplicating-in-house | 2.64 |
| Telephone | 0.28 |
| **TOTAL DISBURSEMENTS:** | **$ 19.94** |

## MATTER TOTAL

| | |
|---|---:|
| TOTAL SERVICES: | $ 3,010.00 |
| TOTAL DISBURSEMENTS: | $ 19.94 |
| TOTAL AMOUNT DUE FOR THIS MATTER: | $ 3,029.94 |



# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS· RIO DE JANEIRO · SANTO DOMINGO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES· DUBLIN · KYIV · MILAN · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8194615 |
| Invoice Date: | 07/11/06 |
| Matter Number: | 40201.00013 |

## KJA Diamonds Int'l Corp

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 109.00 |
| Disbursements: | $ 1.71 |
| **Amount Due for this Invoice:** | **$ 110.71** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 5,147.68 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 5,258.39** |

---

### PAYMENT INSTRUCTIONS

**Remit Check Payments to:**

Squire, Sanders & Dempsey L.L.P.
P.O. Box 643051
Cincinnati, OH 45264-3051
Phone: 216.687.3400
Fax: 216.687.3401

**Remit Wire Payments to:**

US Bank
425 Walnut St.
Cincinnati, OH 45264
For credit to the account of
Squire, Sanders & Dempsey L.L.P.
Bank Routing #042-0000-13
Bank Account #576762314
Reference: 8194615.40201

**Direct Billing Inquiries to:**

Mark C. Dosker
Suite 300
One Maritime Plaza
San Francisco, CA 94111-3492
United States
Phone: +1.415.954.0200
Fax: +1.415.393.9887
email: MDosker@ssd.com

**Please Include Invoice Number with all Payments**
Tax Identification Number 34-0648199

 

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS · RIO DE JANEIRO · SANTO DOMINGO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · KYIV · MILAN · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8194615 |
| Invoice Date: | 07/11/06 |
| Matter Number: | 40201.00013 |

## REMITTANCE COPY

KJA Diamonds Int'l Corp

| INVOICE SUMMARY | |
|---|---|
| Fees: | $ 109.00 |
| Disbursements: | $ 1.71 |
| **Amount Due for this Invoice:** | **$ 110.71** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 5,147.68 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 5,258.39** |

---

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Mark C. Dosker |
| P.O. Box 643051 | 425 Walnut St. | Suite 300 |
| Cincinnati, OH 45264-3051 | Cincinnati, OH 45264 | One Maritime Plaza |
| Phone: 216.687.3400 | For credit to the account of | San Francisco, CA 94111-3492 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.415.954.0200 |
| | Bank Account #576762314 | Fax: +1.415.393.9887 |
| | Reference: 8194615.40201 | email: MDosker@ssd.com |

Please Include Invoice Number with all Payments
Tax Identification Number 34-0648199

 

SQUIRE, SANDERS & DEMPSEY L.L.P.

40201.00013

07/11/06
Page 1

Putra Masagung / KJA Diamonds Int'l Corp

Invoice Number: 8194615

## KJA DIAMONDS INT'L CORP

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | NARRATIVE |
|------|-------|------------|-----------|
| 06/27/06 | 0.20 | M. Dosker | Teleconference with client regarding further facts; prepare further analysis and strategy in view of same. |

**TOTAL HOURS:** 0.20

**TOTAL SERVICES:** $ 109.00

### DISBURSEMENT SUMMARY

Telephone                                                                    1.71

**TOTAL DISBURSEMENTS:** $ 1.71

### MATTER TOTAL

| | |
|---|---|
| **TOTAL SERVICES:** | $ 109.00 |
| **TOTAL DISBURSEMENTS:** | $ 1.71 |
| **TOTAL AMOUNT DUE FOR THIS MATTER:** | $ 110.71 |



# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS · RIO DE JANEIRO · SANTO DOMINGO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · KYIV · MILAN · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8209382 |
| Invoice Date: | 09/07/06 |
| Matter Number: | 40201.00013 |

**KJA Diamonds Int'l Corp**

## INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 2,318.50 |
| Disbursements: | $ 6.09 |
| **Amount Due for this Invoice:** | **$ 2,324.59** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 120.00 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 2,444.59** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Mark C. Dosker |
| P.O. Box 643051 | 425 Walnut St. | Suite 300 |
| Cincinnati, OH 45264-3051 | Cincinnati, OH 45264 | One Maritime Plaza |
| Phone: 216.687.3400 | For credit to the account of | San Francisco, CA 94111-3492 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.415.954.0200 |
| | Bank Account #576762314 | Fax: +1.415.393.9887 |
| | Reference: 8209382.40201 | email: MDosker@ssd.com |

**Please Include Invoice Number with all Payments**
Tax Identification Number 34-0648199

 

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS · RIO DE JANEIRO · SANTO DOMINGO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · KYIV · MILAN · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8209382 |
| Invoice Date: | 09/07/06 |
| Matter Number: | 40201.00013 |

## REMITTANCE COPY

**KJA Diamonds Int'l Corp**

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 2,318.50 |
| Disbursements: | $ 6.09 |
| **Amount Due for this Invoice:** | **$ 2,324.59** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 120.00 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 2,444.59** |

---

### PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P.<br>P.O. Box 643051<br>Cincinnati, OH 45264-3051<br>Phone: 216.687.3400<br>Fax: 216.687.3401 | US Bank<br>425 Walnut St.<br>Cincinnati, OH 45264<br>For credit to the account of<br>Squire, Sanders & Dempsey L.L.P.<br>Bank Routing #042-0000-13<br>Bank Account #576762314<br>Reference: 8209382.40201 | Mark C. Dosker<br>Suite 300<br>One Maritime Plaza<br>San Francisco, CA 94111-3492<br>United States<br>Phone: +1.415.954.0200<br>Fax: +1.415.393.9887<br>email: MDosker@ssd.com |

**Please Include Invoice Number with all Payments**
Tax Identification Number 34-0648199



SQUIRE, SANDERS & DEMPSEY L.L.P.

40201.00013

| 09/07/06 | Putra Masagung / KJA Diamonds Int'l Corp |
|---|---|
| Page 1 | Invoice Number: 8209382 |


## KJA DIAMONDS INT'L CORP

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | NARRATIVE |
|---|---|---|---|
| 08/09/06 | 0.20 | M. Dosker | Teleconference with client as to |
| 08/16/06 | 0.90 | M. Dosker | Prepare analysis and strategy for use in preparing complaint; related tasks |
| 08/17/06 | 0.70 | E. Nadel | Conference re: case background and potential causes of action and remedies |
| 08/18/06 | 0.90 | M. Dosker | Review evidence for use in preparing further advice for, and consultations with, client. |
| 08/21/06 | 0.90 | M. Dosker | Confer with client; assess further communication from KJA Diamonds and its principal; develop further strategy in view of same; telephone call with client and Larry West; develop further strategy in view of same. |
| 08/21/06 | 0.40 | N. Unkovic | Conference with Putra Masagung and Mark Dosker re status and call to Larry West re same. |
| 08/24/06 | 0.40 | M. Dosker | Telephone call with P. Masagung and I. Masagung regarding ; review fax from Kevo to clients; related analysis and strategy. |

**TOTAL HOURS:**                                                                                      **4.40**

**TOTAL SERVICES:**                                                                              **$ 2,318.50**


### DISBURSEMENT SUMMARY

| Telephone | 6.09 |
|---|---|
| **TOTAL DISBURSEMENTS:** | **$ 6.09** |

SQUIRE, SANDERS & DEMPSEY L.L.P.

40201.00013

09/07/06

Putra Masagung / KJA Diamonds Int'l Corp

Page 2

Invoice Number: 8209382

## MATTER TOTAL

| | |
|---|---|
| **TOTAL SERVICES:** | **$ 2,318.50** |
| **TOTAL DISBURSEMENTS:** | **$ 6.09** |
| **TOTAL AMOUNT DUE FOR THIS MATTER:** | **$ 2,324.59** |

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA· TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS· RIO DE JANEIRO · SANTO DOMINGO
BRATISLAVA  BRUSSELS · BUDAPEST  FRANKFURT · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES· DUBLIN · KYIV · MILAN · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8232823 |
| Invoice Date: | 12/05/06 |
| Matter Number: | 40201.00013 |

## KJA Diamonds Int'l Corp

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 2,063.00 |
| Disbursements: | $ 0.16 |
| **Amount Due for this Invoice:** | **$ 2,063.16** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 2,444.59 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 4,507.75** |

---

### PAYMENT INSTRUCTIONS

*Remit Check Payments to:*

Squire, Sanders & Dempsey L.L.P.
P.O. Box 643051
Cincinnati, OH 45264-3051
Phone: 216.687.3400
Fax: 216.687.3401

*Remit Wire Payments to:*

US Bank
425 Walnut St.
Cincinnati, OH 45264
For credit to the account of
Squire, Sanders & Dempsey L.L.P.
Bank Routing #042-0000-13
Bank Account #576762314
Reference: 8232823.40201

*Direct Billing Inquiries to:*

Mark C. Dosker
Suite 300
One Maritime Plaza
San Francisco, CA 94111-3492
United States
Phone: +1.415.954.0200
Fax: +1.415.393.9887
email: MDosker@ssd.com

Please Include Invoice Number with all Payments
Tax Identification Number 34-0648199




# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA· TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS· RIO DE JANEIRO · SANTO DOMINGO
BRATISLAVA · BRUSSELS · BUDAPEST ·FRANKFURT · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES· DUBLIN · KYIV · MILAN · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8232823 |
| Invoice Date: | 12/05/06 |
| Matter Number: | 40201.00013 |

## REMITTANCE COPY

**KJA Diamonds Int'l Corp**

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 2,063.00 |
| Disbursements: | $ 0.16 |
| **Amount Due for this Invoice:** | **$ 2,063.16** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 2,444.59 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 4,507.75** |

### PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Mark C. Dosker |
| P.O. Box 643051 | 425 Walnut St. | Suite 300 |
| Cincinnati, OH 45264-3051 | Cincinnati, OH 45264 | One Maritime Plaza |
| Phone: 216.687.3400 | For credit to the account of | San Francisco, CA 94111-3492 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.415.954.0200 |
| | Bank Account #576762314 | Fax: +1.415.393.9887 |
| | Reference: 8232823.40201 | email: MDosker@ssd.com |

**Please Include Invoice Number with all Payments**
Tax Identification Number 34-0648199

SQUIRE, SANDERS & DEMPSEY L.L.P.

40201.00013

12/05/06

Putra Masagung / KJA Diamonds Int'l Corp

Page 1

Invoice Number: 8232823

## KJA DIAMONDS INT'L CORP

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | NARRATIVE |
|------|-------|------------|-----------|
| 11/29/06 | 2.90 | M. Adamo | Drafted payment agreement regarding various diamonds and other debts owed by KJA and L. West; worked with N. Unkovic regarding the same. |
| 11/29/06 | 0.80 | M. Dosker | Consultation with client and N. Unkovic; |
| 11/29/06 | 1.60 | N. Unkovic | Conference with Putra Masagung and Mark Dosker and start Marek Adamo on drafting of agreement. |

| | |
|---|---|
| **TOTAL HOURS:** | **5.30** |
| **TOTAL SERVICES:** | **$ 2,063.00** |

### DISBURSEMENT SUMMARY

| | |
|---|---|
| Printing/duplicating-in-house | 0.16 |
| **TOTAL DISBURSEMENTS:** | **$ 0.16** |

### MATTER TOTAL

| | |
|---|---|
| **TOTAL SERVICES:** | **$ 2,063.00** |
| **TOTAL DISBURSEMENTS:** | **$ 0.16** |
| **TOTAL AMOUNT DUE FOR THIS MATTER:** | **$ 2,063.16** |

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS · RIO DE JANEIRO · SANTO DOMINGO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · KYIV · MILAN · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8246344 |
| Invoice Date: | 01/29/07 |
| Matter Number: | 40201.00013 |

## KJA Diamonds Int'l Corp

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 3,286.00 |
| Disbursements: | $ 3.20 |
| **Amount Due for this Invoice:** | **$ 3,289.20** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 2,063.16 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 5,352.36** |

### PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Mark C. Dosker |
| P.O. Box 643051 | 425 Walnut St. | Suite 300 |
| Cincinnati, OH 45264-3051 | Cincinnati, OH 45264 | One Maritime Plaza |
| Phone: 216.687.3400 | For credit to the account of | San Francisco, CA 94111-3492 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.415.954.0200 |
| | Bank Account #576762314 | Fax: +1.415.393.9887 |
| | Reference: 8246344.40201 | email: MDosker@ssd.com |

Please Include Invoice Number with all Payments
Tax Identification Number 34-0648199

SQUIRE, SANDERS & DEMPSEY L.L.P.

40201.00013

01/29/07

Putra Masagung / KJA Diamonds Int'l Corp

Page 1

Invoice Number: 8246344

## KJA DIAMONDS INT'L CORP

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | NARRATIVE |
|------|-------|-----------|-----------|
| 12/04/06 | 6.50 | M. Adamo | Drafted payment agreement regarding various diamonds and other debts owed by KJA and L. West. |
| 12/08/06 | 0.80 | N. Unkovic | Review and revise draft KJA workout agreement. |
| 12/13/06 | 2.70 | M. Adamo | Drafted and revised Debt Workout Agreement regarding KJA Diamonds transactions; drafted email memorandum to M. Dosker and D. Kenny regarding the same. |
| 12/23/06 | 1.20 | D. Kenny | Review draft Debt Workout Agreement and provide comments to Marek Adamo. |

**TOTAL HOURS:**                                                                                          11.20

**TOTAL SERVICES:**                                                                                   **$ 3,286.00**

### DISBURSEMENT SUMMARY

Printing/duplicating-in-house                                                                              3.20

**TOTAL DISBURSEMENTS:**                                                                            **$ 3.20**



# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS · RIO DE JANEIRO · SANTO DOMINGO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES  BUCHAREST · BUENOS AIRES · DUBLIN · KYIV · MILAN · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8252179 |
| Invoice Date: | 02/20/07 |
| Matter Number: | 40201.00013 |

## KJA Diamonds Int'l Corp

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 3,142.50 |
| Disbursements: | $ 306.91 |
| **Amount Due for this Invoice:** | **$ 3,449.41** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 5,352.36 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 8,801.77** |

### PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Mark C. Dosker |
| P.O. Box 643051 | 425 Walnut St. | Suite 300 |
| Cincinnati, OH 45264-3051 | Cincinnati, OH 45264 | One Maritime Plaza |
| Phone: 216.687.3400 | For credit to the account of | San Francisco, CA 94111-3492 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.415.954.0200 |
| | Bank Account #576762314 | Fax: +1.415.393.9887 |
| | Reference: 8252179.40201 | email: MDosker@ssd.com |

Please Include Invoice Number with all Payments
Tax Identification Number 34-0648199



# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS · RIO DE JANEIRO · SANTO DOMINGO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · KYIV · MILAN · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8252179 |
| Invoice Date: | 02/20/07 |
| Matter Number: | 40201.00013 |

## REMITTANCE COPY

### KJA Diamonds Int'l Corp

#### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 3,142.50 |
| Disbursements: | $ 306.91 |
| **Amount Due for this Invoice:** | **$ 3,449.41** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 5,352.36 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 8,801.77** |

---

### PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Mark C. Dosker |
| P.O. Box 643051 | 425 Walnut St. | Suite 300 |
| Cincinnati, OH 45264-3051 | Cincinnati, OH 45264 | One Maritime Plaza |
| Phone: 216.687.3400 | For credit to the account of | San Francisco, CA 94111-3492 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.415.954.0200 |
| | Bank Account #576762314 | Fax: +1.415.393.9887 |
| | Reference: 8252179.40201 | email: MDosker@ssd.com |

Please Include Invoice Number with all Payments
Tax Identification Number 34-0648199



SQUIRE, SANDERS & DEMPSEY L.L.P.

40201.00013

02/20/07                                                          Putra Masagung / KJA Diamonds Int'l Corp

Page 1                                                            Invoice Number: 8252179


## KJA DIAMONDS INT'L CORP

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | NARRATIVE |
|------|-------|-----------|-----------|
| 01/02/07 | 1.40 | M. Adamo | Drafted and revised Debt Workout Agreement to incorporate a security interest and other additional terms; met with N. Unkovic regarding the same. |
| 01/02/07 | 0.50 | N. Castor | Research regarding judgment by confession under New York law. |
| 01/02/07 | 0.90 | M. Dosker | Review draft agreement; strategize re Judgment by Confession and other issues as to draft agreement; related communications |
| 01/03/07 | 1.40 | M. Adamo | Revised Debt Workout Agreement per comments from M. Dosker and D. Kenny. |
| 01/05/07 | 0.60 | M. Adamo | Reviewed and revised debt workout agreement and sent email correspondence regarding the same to M. Dosker and D; phone conversation with D. Kenny regarding the same. |
| 01/09/07 | 0.80 | M. Adamo | Drafted and revised Debt Workout Agreement per comments from D. Kenny. |
| 01/10/07 | 0.50 | M. Adamo | Drafted and revised Debt Workout Agreement per comments from D. Kenny. |
| 01/24/07 | 1.60 | M. Dosker | Review and revise draft debt workout agreement and prepare confession to judgment materials for use in same; related communications |
| 01/29/07 | 1.50 | M. Adamo | Drafted and revised various provisions of the Debt Workout Agreement. |

TOTAL HOURS:                                                                              9.20

TOTAL SERVICES:                                                                      $ 3,142.50


### DISBURSEMENT SUMMARY

 

**SQUIRE, SANDERS & DEMPSEY L.L.P.**

   

40201.00013

02/20/07                                                             Putra Masagung / KJA Diamonds Int'l Corp

Page 2                                                               Invoice Number: 8252179

| | |
|---|---:|
| Online services - Lexis/Nexis | 2.12 |
| Online services - Lexis/Nexis | 11.25 |
| Online services - Lexis/Nexis | 0.09 |
| Online services - Lexis/Nexis | 8.87 |
| Online services - Lexis/Nexis | 115.50 |
| Online services - Lexis/Nexis | 75.00 |
| Online services - Lexis/Nexis | 94.08 |
| **TOTAL DISBURSEMENTS:** | **$ 306.91** |

---

## MATTER TOTAL

| | |
|---|---:|
| **TOTAL SERVICES:** | **$ 3,142.50** |
| **TOTAL DISBURSEMENTS:** | **$ 306.91** |
| **TOTAL AMOUNT DUE FOR THIS MATTER:** | **$ 3,449.41** |



# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS · RIO DE JANEIRO · SANTO DOMINGO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · KYIV · MILAN · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8266923 |
| Invoice Date: | 04/18/07 |
| Matter Number: | 040201.00013 |

## KJA Diamonds Int'l Corp

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 125.00 |
| Disbursements: | $ 0.00 |
| **Amount Due for this Invoice:** | **$ 125.00** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 8,801.77 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 8,926.77** |

---

### PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Mark C. Dosker |
| P.O. Box 643051 | 425 Walnut St. | Suite 300 |
| Cincinnati, OH 45264-3051 | Cincinnati, OH 45264 | One Maritime Plaza |
| Phone: 216.687.3400 | For credit to the account of | San Francisco, CA 94111-3492 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.415.954.0200 |
| | Bank Account #576762314 | Fax: +1.415.393.9887 |
| | Reference: 8266923.40201 | email: MDosker@ssd.com |

**Please Include Invoice Number with all Payments**
Tax Identification Number 34-0648199

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOLSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS · RIO DE JANEIRO · SANTO DOMINGO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · KYIV · MILAN · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8266923 |
| Invoice Date: | 04/18/07 |
| Matter Number: | 040201.00013 |

## REMITTANCE COPY

**KJA Diamonds Int'l Corp**

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 125.00 |
| Disbursements: | $ 0.00 |
| **Amount Due for this Invoice:** | **$ 125.00** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 8,801.77 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 8,926.77** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Mark C. Dosker |
| P.O. Box 643051 | 425 Walnut St. | Suite 300 |
| Cincinnati, OH 45264-3051 | Cincinnati, OH 45264 | One Maritime Plaza |
| Phone: 216.687.3400 | For credit to the account of | San Francisco, CA 94111-3492 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.415.954.0200 |
| | Bank Account #576762314 | Fax: +1.415.393.9887 |
| | Reference: 8266923.40201 | email: MDosker@ssd.com |

**Please Include Invoice Number with all Payments**
Tax Identification Number 34-0648199

 

**SQUIRE, SANDERS & DEMPSEY L.L.P.**

040201.00013

04/18/07                                             Putra Masagung / KJA Diamonds Int'l Corp

Page 1                                                Invoice Number: 8266923

## KJA DIAMONDS INT'L CORP

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | NARRATIVE |
|------|-------|-----------|-----------|
| 02/20/07 | 0.50 | M. Adamo | Revised and finalized debt workout agreement; emails to N. Unkovic regarding the same. |

**TOTAL HOURS:** **0.50**

**TOTAL SERVICES:** **$ 125.00**

### MATTER TOTAL

**TOTAL SERVICES:** **$ 125.00**

**TOTAL DISBURSEMENTS:** **$ 0.00**

**TOTAL AMOUNT DUE FOR THIS MATTER:** **$ 125.00**

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS · RIO DE JANEIRO · SANTO DOMINGO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · KYIV · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8282167 |
| Invoice Date: | 06/14/07 |
| Matter Number: | 040201.00013 |

## KJA Diamonds Int'l Corp

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 1,616.00 |
| Disbursements: | $ 1.90 |
| **Amount Due for this Invoice:** | **$ 1,617.90** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Mark C. Dosker |
| P.O. Box 643051 | 425 Walnut St. | Suite 300 |
| Cincinnati, OH 45264-3051 | Cincinnati, OH 45264 | One Maritime Plaza |
| Phone: 216.687.3400 | For credit to the account of | San Francisco, CA 94111-3492 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.415.954.0200 |
| | Bank Account #576762314 | Fax: +1.415.393.9887 |
| | Reference: 8282167.40201 | email: MDosker@ssd.com |

**Please Include Invoice Number with all Payments**
Tax Identification Number 34-0648199

 

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON  LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA· TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS· RIO DE JANEIRO  SANTO DOMINGO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT  LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING  HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES· DUBLIN · KYIV · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8282167 |
| Invoice Date: | 06/14/07 |
| Matter Number: | 040201.00013 |

## REMITTANCE COPY

**KJA Diamonds Int'l Corp**

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 1,616.00 |
| Disbursements: | $ 1.90 |
| **Amount Due for this Invoice:** | **$ 1,617.90** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P.<br>P.O. Box 643051<br>Cincinnati, OH 45264-3051<br>Phone: 216.687.3400<br>Fax: 216.687.3401 | US Bank<br>425 Walnut St.<br>Cincinnati, OH 45264<br>For credit to the account of<br>Squire, Sanders & Dempsey L.L.P.<br>Bank Routing #042-0000-13<br>Bank Account #576762314<br>Reference: 8282167.40201 | Mark C. Dosker<br>Suite 300<br>One Maritime Plaza<br>San Francisco, CA 94111-3492<br>United States<br>Phone: +1.415.954.0200<br>Fax: +1.415.393.9887<br>email: MDosker@ssd.com |

**Please Include Invoice Number with all Payments**
Tax Identification Number 34-0648199

 

SQUIRE, SANDERS & DEMPSEY L.L.P

040201.00013

06/14/07                                                       Putra Masagung / KJA Diamonds Int'l Corp

Page 1                                                                           Invoice Number: 8282167

## KJA DIAMONDS INT'L CORP

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | NARRATIVE |
|------|-------|------------|-----------|
| 05/14/07 | 0.10 | M. Dosker | Review further information based on KJA non-responsiveness in negotiations. |
| 05/14/07 | 0.70 | N. Unkovic | Conference with Putra Masagung re |
| 05/16/07 | 0.20 | M. Dosker | Review further factual information based on changed positions being taken by KJA; prepare further analysis and strategy in view of same. |
| 05/17/07 | 0.30 | N. Unkovic | Conference with Mark Dosker re status and next steps. |
| 05/24/07 | 0.30 | N. Unkovic | Call from Kevo's lawyer re approach. |
| 05/25/07 | 0.40 | M. Dosker | Confer with client and N. Unkovic regarding and options and alternatives for proceeding. |
| 05/25/07 | 0.60 | N. Unkovic | Email Kevo's lawyer and conference with Putra Masagung and Mark Dosker re |

**TOTAL HOURS:**                                                                             **2.60**

**TOTAL SERVICES:**                                                                     **$ 1,616.00**

### DISBURSEMENT SUMMARY

Telephone                                                                                      1.90

**TOTAL DISBURSEMENTS:**                                                                     **$ 1.90**

**SQUIRE, SANDERS & DEMPSEY L.L.P**

040201.00013

06/14/07

Putra Masagung / KJA Diamonds Int'l Corp

Page 2

Invoice Number: 8282167

## MATTER TOTAL

| | |
|---|---|
| **TOTAL SERVICES:** | **$ 1,616.00** |
| **TOTAL DISBURSEMENTS:** | **$ 1.90** |
| **TOTAL AMOUNT DUE FOR THIS MATTER:** | **$ 1,617.90** |

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS · RIO DE JANEIRO · SANTO DOMINGO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · KYIV · SANTIAGO

| | |
|---|---|
| PUTRA MASAGUNG | Invoice Number: 8288143 |
| | Invoice Date: 07/06/07 |
| | Matter Number: 040201.00013 |

## KJA Diamonds Int'l Corp

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 635.00 |
| Disbursements: | $ 2.63 |
| **Amount Due for this Invoice:** | **$ 637.63** |

### PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Mark C. Dosker |
| P.O. Box 643051 | 425 Walnut St. | Suite 300 |
| Cincinnati, OH 45264-3051 | Cincinnati, OH 45264 | One Maritime Plaza |
| Phone: 216.687.3400 | For credit to the account of | San Francisco, CA 94111-3492 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.415.954.0200 |
| | Bank Account #576762314 | Fax: +1.415.393.9887 |
| | Reference: 8288143.40201 | email: MDosker@ssd.com |

**Please Include Invoice Number with all Payments**
Tax Identification Number 34-0648199

 

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS · RIO DE JANEIRO · SANTO DOMINGO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · KYIV · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8288143 |
| Invoice Date: | 07/06/07 |
| Matter Number: | 040201.00013 |

## REMITTANCE COPY

**KJA Diamonds Int'l Corp**

### INVOICE SUMMARY

| | |
|---|---:|
| Fees: | $ 635.00 |
| Disbursements: | $ 2.63 |
| **Amount Due for this Invoice:** | **$ 637.63** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Mark C. Dosker |
| P.O. Box 643051 | 425 Walnut St. | Suite 300 |
| Cincinnati, OH 45264-3051 | Cincinnati, OH 45264 | One Maritime Plaza |
| Phone: 216.687.3400 | For credit to the account of | San Francisco, CA 94111-3492 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.415.954.0200 |
| | Bank Account #576762314 | Fax: +1.415.393.9887 |
| | Reference: 8288143.40201 | email: MDosker@ssd.com |

Please Include Invoice Number with all Payments
Tax Identification Number 34-0648199



SQUIRE, SANDERS & DEMPSEY L.L.P.

040201.00013

07/06/07

Putra Masagung / KJA Diamonds Int'l Corp

Page 1

Invoice Number: 8288143

## KJA DIAMONDS INT'L CORP

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | NARRATIVE |
|------|-------|-----------|-----------|
| 06/04/07 | 0.20 | N. Unkovic | Email to Kevo's lawyer re lack of response. |
| 06/18/07 | 0.40 | N. Unkovic | Conference with Putra re |
| 06/18/07 | 0.40 | N. Unkovic | Conference with Putra re      ; observe his call to Kevo; call from Mark Dosker re same. |

**TOTAL HOURS:** 1.00

**TOTAL SERVICES:** $ 635.00

### DISBURSEMENT SUMMARY

Telephone                                                                          2.63

**TOTAL DISBURSEMENTS:**                                                           $ 2.63

### MATTER TOTAL

| | |
|---|---|
| **TOTAL SERVICES:** | **$ 635.00** |
| **TOTAL DISBURSEMENTS:** | **$ 2.63** |
| **TOTAL AMOUNT DUE FOR THIS MATTER:** | **$ 637.63** |

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS · RIO DE JANEIRO · SANTO DOMINGO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · KYIV · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8335376 |
| Invoice Date: | 12/14/07 |
| Matter Number: | 040201.00013 |

**KJA Diamonds Int'l Corp**

## INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 2,090.50 |
| Disbursements: | $ 2.96 |
| **Amount Due for this Invoice:** | **$ 2,093.46** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Mark C. Dosker |
| P.O. Box 643051 | 425 Walnut St. | Suite 300 |
| Cincinnati, OH 45264-3051 | Cincinnati, OH 45264 | One Maritime Plaza |
| Phone: 216.687.3400 | For credit to the account of | San Francisco, CA 94111-3492 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.415.954.0200 |
| | Bank Account #576762314 | Fax: +1.415.393.9887 |
| | Reference: 8335376.40201 | email: MDosker@ssd.com |

**Please Include Invoice Number with all Payments**
Tax Identification Number 34-0648199

SQUIRE, SANDERS & DEMPSEY L.L.P.

040201.00013

12/14/07

Putra Masagung / KJA Diamonds Int'l Corp

Page 1

Invoice Number: 8335376

## KJA DIAMONDS INT'L CORP

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | NARRATIVE |
|------|-------|------------|-----------|
| 11/21/07 | 0.50 | M. Adamo | Meeting with P. Masagung and N. Unkovic regarding |
| 11/26/07 | 4.10 | M. Adamo | Draft and revise Debt Workout Agreement; draft memorandum regarding execution of the agreement. |
| 11/26/07 | 0.70 | M. Dosker | Review revised draft settlement documentation; prepare and convey comments as to select aspects of same; related analysis and strategy. |
| 11/26/07 | 0.80 | N. Unkovic | Work on draft KJA agreement |

**TOTAL HOURS:**                                                                                               **6.10**

**TOTAL SERVICES:**                                                                                       **$ 2,090.50**

### DISBURSEMENT SUMMARY

Printing/duplicating-in-house                                                                                    2.96

**TOTAL DISBURSEMENTS:**                                                                                     **$ 2.96**

### MATTER TOTAL

| | |
|---|---|
| **TOTAL SERVICES:** | **$ 2,090.50** |
| **TOTAL DISBURSEMENTS:** | **$ 2.96** |
| **TOTAL AMOUNT DUE FOR THIS MATTER:** | **$ 2,093.46** |



# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS · RIO DE JANEIRO · SANTO DOMINGO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · KYIV · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8341815 |
| Invoice Date: | 01/18/08 |
| Matter Number: | 040201.00013 |

## KJA Diamonds Int'l Corp

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 190.50 |
| Disbursements: | $ 0.00 |
| **Amount Due for this Invoice:** | **$ 190.50** |

### PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Mark C. Dosker |
| P.O. Box 643051 | 425 Walnut St. | Suite 300 |
| Cincinnati, OH 45264-3051 | Cincinnati, OH 45264 | One Maritime Plaza |
| Phone: 216.687.3400 | For credit to the account of | San Francisco, CA 94111-3492 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.415.954.0200 |
| | Bank Account #576762314 | Fax: +1.415.393.9887 |
| | Reference: 8341815.40201 | email: MDosker@ssd.com |

**Please Include Invoice Number with all Payments**
Tax Identification Number 34-0648199

 

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS · RIO DE JANEIRO · SANTO DOMINGO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · KYIV · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8341815 |
| Invoice Date: | 01/18/08 |
| Matter Number: | 040201.00013 |

## REMITTANCE COPY

### KJA Diamonds Int'l Corp

| INVOICE SUMMARY | |
|---|---|
| Fees: | $ 190.50 |
| Disbursements: | $ 0.00 |
| **Amount Due for this Invoice:** | **$ 190.50** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Mark C. Dosker |
| P.O. Box 643051 | 425 Walnut St. | Suite 300 |
| Cincinnati, OH 45264-3051 | Cincinnati, OH 45264 | One Maritime Plaza |
| Phone: 216.687.3400 | For credit to the account of | San Francisco, CA 94111-3492 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.415.954.0200 |
| | Bank Account #576762314 | Fax: +1.415.393.9887 |
| | Reference: 8341815.40201 | email: MDosker@ssd.com |

**Please Include Invoice Number with all Payments**
Tax Identification Number 34-0648199

**QUIRE, SANDERS & DEMPSEY L.L.P.**

040201.00013

01/18/08

Page 1

Putra Masagung / KJA Diamonds Int'l Corp

Invoice Number: 8341815

## KJA DIAMONDS INT'L CORP

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | NARRATIVE |
|------|-------|------------|-----------|
| 12/28/07 | 0.30 | N. Unkovic | Conference with Putra and Hadi re |

**TOTAL HOURS:** 0.30

**TOTAL SERVICES:** $ 190.50

### MATTER TOTAL

| | | | |
|---|---|---|---|
| **TOTAL SERVICES:** | } | } | $ 190.50 |
| **TOTAL DISBURSEMENTS:** | | | $ 0.00 |
| **TOTAL AMOUNT DUE FOR THIS MATTER:** | | | $ 190.50 |

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS · RIO DE JANEIRO · SANTO DOMINGO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · KYIV · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8358380 |
| Invoice Date: | 03/24/08 |
| Matter Number: | 040201.00013 |

**KJA Diamonds Int'l Corp**

## INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 152.50 |
| Disbursements: | $ 1.99 |
| **Amount Due for this Invoice:** | **$ 154.49** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 190.50 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 344.99** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Mark C. Dosker |
| P.O. Box 643051 | 425 Walnut St. | Suite 300 |
| Cincinnati, OH 45264-3051 | Cincinnati, OH 45264 | One Maritime Plaza |
| Phone: 216.687.3400 | For credit to the account of | San Francisco, CA 94111-3492 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.415.954.0200 |
| | Bank Account #576762314 | Fax: +1.415.393.9887 |
| | Reference: 8358380.40201 | email: MDosker@ssd.com |

**Please Include Invoice Number with all Payments**
Tax Identification Number 34-0648199

 

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS · RIO DE JANEIRO · SANTO DOMINGO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · KYIV · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8358380 |
| Invoice Date: | 03/24/08 |
| Matter Number: | 040201.00013 |

## REMITTANCE COPY

**KJA Diamonds Int'l Corp**

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 152.50 |
| Disbursements: | $ 1.99 |
| **Amount Due for this Invoice:** | **$ 154.49** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 190.50 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 344.99** |

---

### PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Mark C. Dosker |
| P.O. Box 643051 | 425 Walnut St. | Suite 300 |
| Cincinnati, OH 45264-3051 | Cincinnati, OH 45264 | One Maritime Plaza |
| Phone: 216.687.3400 | For credit to the account of | San Francisco, CA 94111-3492 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.415.954.0200 |
| | Bank Account #576762314 | Fax: +1.415.393.9887 |
| | Reference: 8358380.40201 | email: MDosker@ssd.com |

Please Include Invoice Number with all Payments
Tax Identification Number 34-0648199

**SQUIRE, SANDERS & DEMPSEY L.L.P.**

040201.00013

03/24/08

Putra Masagung / KJA Diamonds Int'l Corp

Page 1

Invoice Number: 8358380

## KJA DIAMONDS INT'L CORP

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | NARRATIVE |
|------|-------|-----------|-----------|
| 02/29/08 | 0.50 | M. Adamo | Attention to KJA Diamonds file; conference with J. Martin regarding the same. |

**TOTAL HOURS:** 0.50

**TOTAL SERVICES:** $ 152.50

### DISBURSEMENT SUMMARY

| | | |
|---|---|---|
| Printing/duplicating-in-house | | 1.36 |
| Telephone | | 0.63 |

**TOTAL DISBURSEMENTS:** $ 1.99

### MATTER TOTAL

| | |
|---|---|
| **TOTAL SERVICES:** | $ 152.50 |
| **TOTAL DISBURSEMENTS:** | $ 1.99 |
| **TOTAL AMOUNT DUE FOR THIS MATTER:** | $ 154.49 |

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA· TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS· RIO DE JANEIRO · SANTO DOMINGO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES· DUBLIN · KYIV · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8359666 |
| Invoice Date: | 03/31/08 |
| Matter Number: | 040201.00013 |

## KJA Diamonds Int'l Corp

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 14,086.00 |
| Disbursements: | $ 5,193.14 |
| **Amount Due for this Invoice:** | **$ 19,279.14** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 344.99 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 19,624.13** |

---

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Mark C. Dosker |
| P.O. Box 643051 | 425 Walnut St. | Suite 300 |
| Cincinnati, OH 45264-3051 | Cincinnati, OH 45264 | One Maritime Plaza |
| Phone: 216.687.3400 | For credit to the account of | San Francisco, CA 94111-3492 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.415.954.0200 |
| | Bank Account #576762314 | Fax: +1.415.393.9887 |
| | Reference: 8359666.40201 | email: MDosker@ssd.com |

**Please Include Invoice Number with all Payments**
Tax Identification Number 34-0648199

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS · RIO DE JANEIRO · SANTO DOMINGO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · KYIV · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8359666 |
| Invoice Date: | 03/31/08 |
| Matter Number: | 040201.00013 |

## REMITTANCE COPY

**KJA Diamonds Int'l Corp**

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 14,086.00 |
| Disbursements: | $ 5,193.14 |
| **Amount Due for this Invoice:** | **$ 19,279.14** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 344.99 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 19,624.13** |

## PAYMENT INSTRUCTIONS

**Remit Check Payments to:**

Squire, Sanders & Dempsey L.L.P.
P.O. Box 643051
Cincinnati, OH 45264-3051
Phone: 216.687.3400
Fax: 216.687.3401

**Remit Wire Payments to:**

US Bank
425 Walnut St.
Cincinnati, OH 45264
For credit to the account of
Squire, Sanders & Dempsey L.L.P.
Bank Routing #042-0000-13
Bank Account #576762314
Reference: 8359666.40201

**Direct Billing Inquiries to:**

Mark C. Dosker
Suite 300
One Maritime Plaza
San Francisco, CA 94111-3492
United States
Phone: +1.415.954.0200
Fax: +1.415.393.9887
email: MDosker@ssd.com

Please Include Invoice Number with all Payments
Tax Identification Number 34-0648199



SQUIRE, SANDERS & DEMPSEY L.L.P.

040201.00013

03/31/08                                                                    Putra Masagung / KJA Diamonds Int'l Corp

Page 1                                                                                      Invoice Number: 8359666


## KJA DIAMONDS INT'L CORP

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | NARRATIVE |
|------|-------|------------|-----------|
| 03/03/08 | 0.50 | M. Adamo | Conference with J. Martin regarding KJA Diamonds complaint issues and case history; review of case file regarding the same. |
| 03/03/08 | 1.40 | J. Martin | Attention to various letters, draft agreements, and other paperwork in preparation to draft complaint against KJA Diamonds. |
| 03/07/08 | 0.50 | J. Martin | Strategy discussion regarding complaint against KJA and Kevo Ayuazian. |
| 03/11/08 | 1.40 | J. Martin | Review and revise draft complaint, strategy discussion regarding same. |
| 03/12/08 | 1.90 | M. Adamo | Review draft complaint; conference with X. Brandwajn regarding the same. |
| 03/12/08 | 0.90 | M. Dosker | Begin review of draft complaint and related draft advice; prepare further analysis and strategy regarding same. |
| 03/13/08 | 1.90 | M. Dosker | Review draft complaint and draft correspondence to client; prepare edits and recommendations for use in further revising draft complaint and draft correspondence to client; related communications; related analysis and strategy. |
| 03/13/08 | 1.30 | N. Unkovic | Review complaint and comments to Jose. |
| 03/24/08 | 2.40 | X. Brandwajn | Per J. Martin's request, research statutes of limitation applicable to claims in draft complaint; meet with J. Martin regarding results of same. |
| 03/28/08 | 2.40 | X. Brandwajn | Meet with P. Masagung, N. Unkovic and J. Martin regarding |
| 03/28/08 | 1.50 | X. Brandwajn | Plan and prepare for meeting with P. Masagung regarding                              ; communications with J. Martin regarding same. |
| 03/28/08 | 2.50 | N. Unkovic | Conference with Putra and Jose and follow up with Jose and Mark. |
| 03/30/08 | 2.90 | X. Brandwajn | Revise draft complaint against K. Ayvazian and KJA Diamonds International Corporation in light of further information |
| 03/31/08 | 4.60 | X. Brandwajn | Revise draft complaint in light of further facts                                          ; communications with J. Martin regarding revisions to same. |
| 03/31/08 | 0.50 | X. Brandwajn | Plan and prepare for meeting with P. Masagung; meet with J. Martin regarding same. |

 QUIRE, SANDERS & DEMPSEY L.L.P.

040201.00013

03/31/08                                                                    Putra Masagung / KJA Diamonds Int'l Corp

Page 2                                                                       Invoice Number: 8359666

| 03/31/08 | 2.60 | X. Brandwajn | Meet with P. Masagung, N. Unkovic and J. Martin regarding facts necessary to draft complaint against KJA Diamonds International Corporation and K. Ayvazian; communicate regarding strategy for same. |
|---|---|---|---|
| 03/31/08 | 3.00 | N. Unkovic | Conference with Putra re complaint. |

**TOTAL HOURS:**                                                                                    **32.20**

**TOTAL SERVICES:**                                                                           **$ 14,086.00**

---

### DISBURSEMENT SUMMARY

| | |
|---|---|
| Online services - Lexis/Nexis | 345.00 |
| Online services - Lexis/Nexis | 31.50 |
| Online services - Lexis/Nexis | 1,194.00 |
| Online services - Lexis/Nexis | 157.50 |
| Online services - Lexis/Nexis | 15.00 |
| Online services - Lexis/Nexis | 895.50 |
| Online services - Lexis/Nexis | 1,194.00 |
| Online services - Lexis/Nexis | 426.00 |
| Online services - Lexis/Nexis | 30.00 |
| Online services - Lexis/Nexis | 745.50 |
| Online services - Lexis/Nexis | 105.00 |
| Printing/duplicating-in-house | 49.68 |
| Telephone | 4.46 |

**TOTAL DISBURSEMENTS:**                                                                     **$ 5,193.14**

**SQUIRE, SANDERS & DEMPSEY L.L.P.**

040201.00013

03/31/08                                                    Putra Masagung / KJA Diamonds Int'l Corp

Page 3                                                      Invoice Number: 8359666

## MATTER TOTAL

| | |
|---|---|
| TOTAL SERVICES: | $ 14,086.00 |
| TOTAL DISBURSEMENTS: | $ 5,193.14 |
| TOTAL AMOUNT DUE FOR THIS MATTER: | $ 19,279.14 |

## PREVIOUS INVOICES OUTSTANDING AS OF THIS DATE

| Invoice Number | Invoice Date | Amount Billed | Amount Paid | Balance Due |
|---|---|---|---|---|
| 8341815 | 01/18/08 | $ 190.50 | $ 0.00 | $ 190.50 |
| 8358380 | 03/24/08 | $ 154.49 | $ 0.00 | $ 154.49 |
| TOTAL: | | | | $ 344.99 |

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS · RIO DE JANEIRO · SANTO DOMINGO · SÃO PAULO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · KYIV · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8374543 |
| Invoice Date: | 05/20/08 |
| Matter Number: | 040201.00013 |

**KJA Diamonds Int'l Corp**

## INVOICE SUMMARY

| | |
|---|---:|
| Fees: | $ 36,541.50 |
| Disbursements: | $ 2,838.23 |
| Credit Application: | $ (720.86) |
| **Amount Due for this Invoice:** | **$ 38,658.87** |

## PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Mark C. Dosker |
| P.O. Box 643051 | 425 Walnut St. | Suite 300 |
| Cincinnati, OH 45264-3051 | Cincinnati, OH 45264 | One Maritime Plaza |
| Phone: 216.687.3400 | For credit to the account of | San Francisco, CA 94111-3492 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.415.954.0200 |
| | Bank Account #576762314 | Fax: +1.415.393.9887 |
| | Reference: 8374543.40201 | email: MDosker@ssd.com |

**Please Include Invoice Number with all Payments**
Tax Identification Number 34-0648199

SQUIRE, SANDERS & DEMPSEY L.L.P.

040201.00013

05/20/08

Putra Masagung / KJA Diamonds Int'l Corp

Page 1

Invoice Number: 8374543

## KJA DIAMONDS INT'L CORP

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | NARRATIVE |
|------|-------|------------|-----------|
| 03/07/08 | 0.70 | X. Brandwajn | Meet regarding instructions and preliminary strategy for drafting complaint. |
| 03/08/08 | 2.80 | X. Brandwajn | Review case file and materials for facts in anticipation of drafting complaint. |
| 03/10/08 | 8.70 | X. Brandwajn | Review case file and correspondence for understanding of relevant facts; begin drafting complaint against KJA Diamonds International Corp. and K. Ayvazian in light of same. |
| 03/11/08 | 6.30 | X. Brandwajn | Research New York law and rules of pleading causes of action to allege in complaint; draft and revise complaint; meet regarding progress and questions regarding same. |
| 03/12/08 | 0.20 | X. Brandwajn | Meet regarding factual background of events alleged in draft complaint and suggested changes to same. |
| 03/12/08 | 6.10 | X. Brandwajn | Revise draft complaint against K. Ayvazian and KJA Diamonds International Corporation. |
| 03/12/08 | 2.40 | J. Martin | Review and revise draft complaint, strategy discussion regarding same, draft e-mail to team regarding initial draft of complaint and strategy. |
| 03/13/08 | 3.10 | X. Brandwajn | Per J. Martin's request, research New York law regarding proper pleading of accounting and constructive trust causes of action; revise draft complaint in light of same; meet with J. Martin regarding revisions to complaint. |
| 03/13/08 | 2.30 | J. Martin | Attention to e-mail regarding revisions to draft complaint, strategy discussions regarding same; review and revise complaint incorporating M. Dosker's revisions to first draft of complaint, attend team meeting regarding same; draft e-mail to client regarding first draft of complaint against Mr. Ayvazian and KJA. |
| 03/14/08 | 0.10 | X. Brandwajn | Communicate with S. Skulnik of New York office regarding cooperation in making complaint compliant with New York rules and practice. |
| 03/28/08 | 3.60 | J. Martin | Preparation for and attend client meeting , analysis of documents provided by clients; strategy discussions regarding revisions to draft complaint and next steps. |
| 03/31/08 | 0.90 | M. Dosker | Review revised draft of complaint; prepare points for follow-up and further revision; related analysis and strategy; related communications |
| 03/31/08 | 3.20 | J. Martin | Preparation for and meeting client Review and revise latest draft of complaint, strategy discussions regarding same. |

SQUIRE, SANDERS & DEMPSEY L.L.P.

040201.00013

05/20/08                                                                Putra Masagung / KJA Diamonds Int'l Corp

Page 2                                                                              Invoice Number: 8374543

| | | | |
|---|---|---|---|
| 04/01/08 | 4.70 | X. Brandwajn | Meet with P. Masagung regarding further changes to draft complaint; review complaint in light of same and J. Martin's further comments. |
| 04/01/08 | 2.90 | X. Brandwajn | Meet with J. Martin regarding next steps in drafting complaint and suggested changes to same; revise draft complaint in light of J. Martin's comments and suggested revisions; telephone call to S. Skulnik regarding New York requirements for filing complaint. |
| 04/01/08 | 0.90 | M. Dosker | Review draft complaint and prepare further recommendations for revisions as to same; related analysis and strategy and communications |
| 04/01/08 | 3.20 | J. Martin | Attention to revisions to K.J.A. complaint; attention to M. Dosker e-mail regarding K.J.A. complaint; preparation for and attend meeting with Putra regarding ; review and revise draft complaint ; draft e-mail to team regarding status of complaint and next steps. |
| 04/01/08 | 3.20 | N. Unkovic | Review and revise revised complaint; review Mark Dosker comments; provide comments to Jose Martin and Xavier Brandwajn; conference with Putra re same. |
| 04/02/08 | 0.40 | X. Brandwajn | Communications with S. Skulnik regarding outstanding issues to render complaint compliant with New York law and requirements. |
| 04/02/08 | 0.20 | M. Dosker | Review select aspects of various communications |
| 04/02/08 | 0.80 | S. Skulnik | Review and comment on complaint |
| 04/02/08 | 0.40 | N. Unkovic | Review changes to complaint. |
| 04/03/08 | 0.40 | M. Dosker | Prepare further areas for follow-up; related communications |
| 04/03/08 | 0.80 | J. Martin | Conference with M. Dosker regarding status of draft complaint and next steps to get the complaint filed; conference call with X. Brandwajn regarding next steps and additional research to be conducted. |
| 04/03/08 | 0.20 | N. Unkovic | Follow up on Kevo complaint. |
| 04/04/08 | 0.30 | N. Unkovic | Reply to residency questions for jurisdiction. |
| 04/07/08 | 0.50 | X. Brandwajn | Communications with J. Martin, S. Skulnik and P. Masagung regarding |
| 04/07/08 | 0.50 | J. Martin | Conference call regarding status of draft complaint; draft e-mail to team regarding status and next steps, attention to e-mails regarding agent for service of process of KJA; attention to e-mail to Putra regarding citizenship. |
| 04/07/08 | 0.20 | N. Unkovic | Follow up on select issues. |
| 04/10/08 | 1.10 | X. Brandwajn | In connection with draft complaint, research New York law regarding circumstances under |

SQUIRE, SANDERS & DEMPSEY L.L.P.

040201.00013

05/20/08

Page 3

Putra Masagung / KJA Diamonds Int'l Corp

Invoice Number: 8374543

|  |  |  | which a fraud claim may be asserted |
|---|---|---|---|
| 04/11/08 | 2.50 | X. Brandwajn | In connection with draft complaint, research New York law regarding circumstances under which a fraud claim may be asserted |
| 04/15/08 | 2.70 | X. Brandwajn | In connection with draft complaint, research New York law regarding circumstances under which a fraud claim may be asserted |
| 04/16/08 | 6.30 | X. Brandwajn | In connection with draft complaint, research New York law regarding circumstances under which a fraud claim may be asserted                                    ; draft email memorandum regarding results of same. |
| 04/16/08 | 0.30 | S. Skulnik | Emails with X. Brandwajn re complaint |
| 04/17/08 | 7.30 | X. Brandwajn | In connection with draft complaint, draft and revise email memorandum regarding research into New York law with respect to circumstances under which a fraud claim may be asserted                    ; revise diversity jurisdiction allegations in complaint |
| 04/18/08 | 0.30 | X. Brandwajn | Communicate regarding email memorandum with respect to research about whether a fraud claim may be pleaded                            ; plan and prepare for telephone call with S. Skulnik. |
| 04/18/08 | 0.70 | X. Brandwajn | Participate in telephone call with S. Skulnik and J. Martin regarding final changes to draft complaint in light of additional research and information; revise complaint in light of same. |
| 04/18/08 | 0.70 | J. Martin | Attention to research memorandum regarding current draft of complaint, strategy discussion regarding same; conference call with S. Skulnik regarding draft complaint and next steps. |
| 04/18/08 | 0.30 | S. Skulnik | Teleconference with J Martin and X Brandwajn re complaint |
| 04/19/08 | 1.20 | J. Martin | Review revised complaint; draft e-mail to team regarding status of complaint                                    ; draft proposed letter to Putra regarding status of draft complaint and fraud claim issue. |
| 04/21/08 | 0.80 | N. Unkovic | Review J. Martin email re fraud and jurisdictional aspects of complaint and discuss with Mark Dosker. |
| 04/22/08 | 0.50 | X. Brandwajn | Meet with N. Unkovic, M. Dosker and J. Martin regarding finalizing outstanding issues related to filing of complaint; communicate with J. Martin regarding same. |
| 04/22/08 | 0.50 | J. Martin | Preparation for and attend conference call regarding status of complaint and next steps. |
| 04/22/08 | 0.40 | N. Unkovic | Telephone call with Mark Dosker & Jose Martin re                        complaint and next steps. |
| 04/23/08 | 0.60 | X. Brandwajn | Per J. Martin's request, revise complaint                        ; draft email to P. |

SQUIRE, SANDERS & DEMPSEY L.L.P.

040201.00013

05/20/08

Putra Masagung / KJA Diamonds Int'l Corp

Page 4

Invoice Number: 8374543

Masagung

| 04/23/08 | 0.30 | J. Martin | Draft email to Putra regarding status of complaint and next steps. |
|---|---|---|---|
| 04/28/08 | 0.50 | X. Brandwajn | Research New York law regarding availability of punitive damages for breaches of fiduciary duties; draft email memorandum to S. Skulnik and J. Martin regarding results of same. |
| 04/28/08 | 1.20 | X. Brandwajn | Per J. Martin's request, review exhibits to complaint prior to filing ; communicate with J. Martin regarding same. |
| 04/28/08 | 1.40 | X. Brandwajn | Per J. Martin's request, perform final review and revisions of draft complaint for filing; assemble exhibits to same. |
| 04/28/08 | 1.30 | S. Skulnik | Review and discuss final version of complaint |
| 04/29/08 | 0.30 | X. Brandwajn | Communicate with P. Masagung regarding status of filing of complaint; communications with M. Dosker and N. Unkovic regarding same |
| 04/29/08 | 5.00 | J. Parilla | Review complaint, prepare summons , civil cover sheet and pro hac vice applications for service and filing. |
| 04/29/08 | 1.30 | M. Rodriguez | Worked at court to file summons and complaint |
| 04/29/08 | 0.80 | S. Skulnik | Follow up with the clerk re filing and process server; emails and conversations with team about whether to delay filing |

**TOTAL HOURS:** 98.30

**TOTAL SERVICES:** $ 36,541.50

---

## DISBURSEMENT SUMMARY

| | |
|---|---|
| Online services - Lexis/Nexis | 106.50 |
| Online services - Lexis/Nexis | 84.00 |
| Online services - Lexis/Nexis | 120.00 |
| Online services - Lexis/Nexis | 220.50 |
| Online services - Lexis/Nexis | 201.00 |
| Online services - Lexis/Nexis | 285.00 |
| Online services - Lexis/Nexis | 298.50 |

SQUIRE, SANDERS & DEMPSEY L.L.P.

040201.00013

05/20/08                                                    Putra Masagung / KJA Diamonds Int'l Corp

Page 5                                                              Invoice Number: 8374543

| | |
|---|---:|
| Online services - Lexis/Nexis | 630.00 |
| Online services - Lexis/Nexis | 15.00 |
| Online services - Lexis/Nexis | 10.50 |
| Online services - Lexis/Nexis | 30.00 |
| Online services - Lexis/Nexis | 157.50 |
| Online services - Lexis/Nexis | 307.50 |
| Online services - Lexis/Nexis | 298.50 |
| Faxes - Outgoing | 23.00 |
| Postage | 0.41 |
| Printing/duplicating-in-house | 50.32 |
| **TOTAL DISBURSEMENTS:** | **$ 2,838.23** |

## MATTER TOTAL

| | |
|---|---:|
| **TOTAL SERVICES:** | **$ 36,541.50** |
| **TOTAL DISBURSEMENTS:** | **$ 2,838.23** |
| **APPLIED CREDITS:** | **$ (720.86)** |
| **TOTAL AMOUNT DUE FOR THIS MATTER:** | **$ 38,658.87** |

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA· TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS· RIO DE JANEIRO · SANTO DOMINGO · SÃO PAULO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · KYIV · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES:  BUCHAREST · BUENOS AIRES· DUBLIN · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8382298 |
| Invoice Date: | 06/19/08 |
| Matter Number: | 040201.00013 |

## KJA Diamonds Int'l Corp

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 9,169.00 |
| Disbursements: | $ 1,410.98 |
| **Amount Due for this Invoice:** | **$ 10,579.98** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 38,658.87 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 49,238.85** |

---

### PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Mark C. Dosker |
| P.O. Box 643051 | 425 Walnut St. | Suite 300 |
| Cincinnati, OH 45264 | Cincinnati, OH 45264 | One Maritime Plaza |
| Phone: 216.687.3400 | For credit to the account of | San Francisco, CA 94111 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.415.954.0200 |
| | Bank Account #576762314 | Fax: +1.415.393.9887 |
| | Reference: 8382298.40201 | email: MDosker@ssd.com |

Please Include Invoice Number with all Payments
Tax Identification Number 34-0648199

# SQUIRE, SANDERS & DEMPSEY L.L.P.

CINCINNATI · CLEVELAND · COLUMBUS · HOUSTON · LOS ANGELES · MIAMI · NEW YORK
PALO ALTO · PHOENIX · SAN FRANCISCO · TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM BEACH
CARACAS · RIO DE JANEIRO · SANTO DOMINGO · SÃO PAULO
BRATISLAVA · BRUSSELS · BUDAPEST · FRANKFURT · KYIV · LONDON · MOSCOW · PRAGUE · WARSAW
BEIJING · HONG KONG · SHANGHAI · TOKYO
ASSOCIATED OFFICES: BUCHAREST · BUENOS AIRES · DUBLIN · SANTIAGO

PUTRA MASAGUNG

| | |
|---|---|
| Invoice Number: | 8382298 |
| Invoice Date: | 06/19/08 |
| Matter Number: | 040201.00013 |

## REMITTANCE COPY

**KJA Diamonds Int'l Corp**

### INVOICE SUMMARY

| | |
|---|---|
| Fees: | $ 9,169.00 |
| Disbursements: | $ 1,410.98 |
| **Amount Due for this Invoice:** | **$ 10,579.98** |
| Previous Invoices Outstanding as of the Date of this Invoice: | $ 38,658.87 |
| **TOTAL (INCLUDING OUTSTANDING INVOICES):** | **$ 49,238.85** |

### PAYMENT INSTRUCTIONS

| *Remit Check Payments to:* | *Remit Wire Payments to:* | *Direct Billing Inquiries to:* |
|---|---|---|
| Squire, Sanders & Dempsey L.L.P. | US Bank | Mark C. Dosker |
| P.O. Box 643051 | 425 Walnut St. | Suite 300 |
| Cincinnati, OH 45264 | Cincinnati, OH 45264 | One Maritime Plaza |
| Phone: 216.687.3400 | For credit to the account of | San Francisco, CA 94111 |
| Fax: 216.687.3401 | Squire, Sanders & Dempsey L.L.P. | United States |
| | Bank Routing #042-0000-13 | Phone: +1.415.954.0200 |
| | Bank Account #576762314 | Fax: +1.415.393.9887 |
| | Reference: 8382298.40201 | email: MDosker@ssd.com |

**Please Include Invoice Number with all Payments**
Tax Identification Number 34-0648199

**SQUIRE, SANDERS & DEMPSEY L.L.P.**

040201.00013

Putra Masagung / KJA Diamonds Int'l Corp

Invoice Number: 8382298

## KJA DIAMONDS INT'L CORP

### LEGAL SERVICES

| DATE | HOURS | TIMEKEEPER | NARRATIVE |
|------|-------|------------|-----------|
| 05.02.08 | 0.20 | X. Brandwajn | Communications regarding service of complaint on defendants. |
| 05.05.08 | 0.30 | X. Brandwajn | Draft email update to P. Masagung regarding status of service on defendant K.J.A. Diamonds Int'l Corp. |
| 05.05.08 | 0.60 | X. Brandwajn | Communications regarding New York requirements and local rules applicable to upcoming case events or filings, electronic notifications of filings and strategy going forward. |
| 05.05.08 | 0.20 | M. Dosker | Review various items of correspondence and prepare follow-up as to select portions of same. |
| 05.05.08 | 0.80 | S. Skulnik | Emails and discussions re service of process |
| 05.06.08 | 0.50 | X. Brandwajn | Communications regarding strategy for service of defendant Kevo-Jean Ayvazian. |
| 05.06.08 | 0.30 | M. Dosker | Review various court documents and communications and prepare follow-up as to select aspects of same |
| 05.06.08 | 0.50 | S. Skulnik | Emails re service of process |
| 05.08.08 | 0.20 | X. Brandwajn | Communications regarding status of service of K. Ayvazian. |
| 05.08.08 | 0.20 | M. Dosker | Review notice from Court and prepare follow-up as to select aspect of same; related communications. |
| 05.08.08 | 0.50 | S. Skulnik | Discussions and emails re service of process |
| 05.09.08 | 0.20 | X. Brandwajn | In preparation for meeting with P. Masagung, meet with N. Unkovic and J. Martin regarding next steps in litigation against K.J.A. Diamonds Int'l Corp. and K. Ayvazian. |
| 05.09.08 | 0.50 | S. Skulnik | Review and discuss skip-trace report |
| 05.09.08 | 0.30 | N. Unkovic | Conference re next steps in litigation. |
| 05.09.08 | 1.00 | P. Wedemeyer | Obtain background information on K.J.A. Diamonds International Corporation and Kevo-Jean Ayvazian. (Xavier Brandwajn) |
| 05.12.08 | 0.70 | X. Brandwajn | Draft letter to L. West's counsel informing him of complaint filed against defendants; communicate regarding strategy for same. |

SQUIRE, SANDERS & DEMPSEY L.L.P.

040201.00013

Putra Masagung / KJA Diamonds Int'l Corp

Invoice Number: 8382298

| | | | |
|---|---|---|---|
| 05·12·08 | 0.20 | X. Brandwajn | Communicate regarding service of complaint on K. Ayvazian and time to respond to complaint. |
| 05·12·08 | 1.00 | J. Martin | Preparation for and attend meeting with client regarding status of complaint against KJA and Kevo Ayvazian, as well as discussions of results of asset searches for Defendants, conference calls regarding same, draft e-mails regarding same. |
| 05·12·08 | 1.00 | N. Unkovic | Conference with Putra and J. Martin re next steps in litigation. |
| 05·13·08 | 0.20 | N. Unkovic | Conference re effective service on Kevo. |
| 05·16·08 | 1.00 | X. Brandwajn | Research New York rules and procedure regarding seeking entry of default. |
| 05·16·08 | 0.60 | X. Brandwajn | Revise letter to L. West's counsel in light of M. Dosker's comments; attend to service of same. |
| 05·16·08 | 0.20 | X. Brandwajn | Meet regarding strategy for searching defendants' assets. |
| 05·16·08 | 0.70 | M. Dosker | Review and revise draft correspondence; address issues regarding further fact investigation; related communications. |
| 05·19·08 | 0.30 | X. Brandwajn | Communications regarding use of private investigator to search for defendants' assets. |
| 05·19·08 | 0.50 | S. Skulnik | Provide information re private investigators |
| 05·20·08 | 0.90 | X. Brandwajn | Communications with private investigator regarding costs and scope of searches for defendants' assets; draft email to team regarding same and suggested strategy in light of same. |
| 05·20·08 | 0.20 | M. Dosker | Provide advice in connection with pending investigation in support of lawsuit. |
| 05·21·08 | 0.30 | X. Brandwajn | Communications regarding searches of defendants' assets. |
| 05·21·08 | 0.70 | N. Castor | Conduct asset searches for Kevo-Jean Ayvazian and K.J.A. Diamonds International Corp. |
| 05·23·08 | 1.10 | X. Brandwajn | Review results of internal searches regarding defendants' assets; communicate with team regarding proposed strategy going forward. |
| 05·23·08 | 0.20 | X. Brandwajn | Meet regarding next steps in litigation against K.J.A. Diamonds Int'l Corp. and K. Ayvazian. |
| 05·23·08 | 0.50 | J. Martin | Strategy discussion regarding steps to be taken in case of Defendants' default, including entry of default judgment and investigation into assets of KJA and Kevo |
| 05·27·08 | 0.90 | X. Brandwajn | Draft affidavits in support of entry of default; research New York law and procedure regarding same; communicate regarding same. |
| 05·28·08 | 0.60 | X. Brandwajn | Draft declaration in support of entry of default; communications with S. Skulnik and J. Martin regarding same. |

SQUIRE, SANDERS & DEMPSEY L.L.P.

040201.00013

06 19 08                                                    Putra Masagung / KJA Diamonds Int'l Corp

Page 3                                                      Invoice Number: 8382298

| 05 30 08 | 3.30 | X. Brandwajn | Research New York federal rules regarding procedures for proving up damages in motion for default judgment; research New York federal rules regarding notice required to defaulting parties during same procedure; communications regarding seeking entry of default. |
| 05 30 08 | 3.00 | J. Parilla | Review FRCP and communication with orders and judgment clerk.  Revise papers in support of application for default judgment. |
| 05 30 08 | 0.50 | S. Skulnik | Attend to default documents |

**TOTAL HOURS:**                                                                    **24.90**

**TOTAL SERVICES:**                                                              **$ 9,169.00**

---

### DISBURSEMENT SUMMARY

| | | |
|---|---|---:|
| Delivery Services | VENDOR: CAREFUL COURIER SERVICE; INVOICE#: 66832; DATE: 4/27/2008 | 226.58 |
| Filing Service Fee | VENDOR: Clerk of The Court; INVOICE#: 15137; DATE: 4/29/2008  -  JRP/4/29/08 Filing Fee | 350.00 |
| Filing Service Fee | VENDOR: Clerk of The Court; INVOICE#: 15139; DATE: 4/30/2008  -  JRP/4/30/08 Filing Fee | 50.00 |
| Online services - Lexis/Nexis | | 180.00 |
| Online services - Lexis Nexis | | 201.00 |
| Online services - Lexis/Nexis | | 2.99 |
| Online services - Lexis/Nexis | | 22.01 |
| Online services - Lexis/Nexis | | 11.06 |
| Online services - Lexis/Nexis | | 0.02 |
| Online services - Lexis/Nexis | | 0.14 |
| Online services - Lexis/Nexis | | 16.94 |
| Online services - Lexis/Nexis | | 42.00 |
| Online services - Lexis Nexis | | 56.45 |
| Online services - Lexis/Nexis | | 211.35 |
| Online services - Lexis/Nexis | | 0.23 |
| Online services - Lexis Nexis | | 3.63 |
| Online Services - Other | VENDOR: ACCURINT; INVOICE#: 1029467-20080531; DATE: 5/31/2008 | 21.85 |
| Online Services - Other | VENDOR: PACER SERVICE CENTER INVOICE#: SS1434040408 DATE: 4/4/2008 Pacer SS1434 01/01/08 - 03/31/08 | 1.60 |

SQUIRE, SANDERS & DEMPSEY L.L.P.

040201.00013

06 19 08                                                    Putra Masagung / KJA Diamonds Int'l Corp

Page 4                                                       Invoice Number: 8382298

| | |
|---|---:|
| Printing duplicating-in-house | 12.08 |
| Telephone | 1.05 |
| **TOTAL DISBURSEMENTS:** | **$ 1,410.98** |

## MATTER TOTAL

| | |
|---|---:|
| **TOTAL SERVICES:** | **$ 9,169.00** |
| **TOTAL DISBURSEMENTS:** | **$ 1,410.98** |
| **TOTAL AMOUNT DUE FOR THIS MATTER:** | **$ 10,579.98** |

15139

**SQUIRE SANDERS & DEMPSEY**
SPECIAL ACCOUNT
350 PARK AVENUE 15TH FL.
NEW YORK, NY  10022

DATE  4-30-08                $\frac{1-148}{210}$ 735

PAY
TO THE
ORDER OF  Clerk of the Court                          $  50.00

ty                                          xx/100  DOLLARS

**citibank**
CITIBANK, N.A. BR. #735
735 FIFTH AVENUE
NEW YORK, NY 10022

FOR  040201-00013

⑊"015139⑊'  ⑊021001486⑊'  030017834⑊'

15137

**SQUIRE SANDERS & DEMPSEY**
SPECIAL ACCOUNT
350 PARK AVENUE 15TH FL.
NEW YORK, NY 10022

DATE 4-24-08

1-148/210 735

PAY
TO THE
ORDER OF  *Clerk of the Court*

$ 350·00

*Three Hundred fifty* ———————————— xx/100 DOLLARS

**citibank**
CITIBANK, N.A. BR. #736
785 FIFTH AVENUE
NEW YORK, NY 10022

FOR 040201-0013

⑈015137⑈ ⑆021001486⑆ 030017834⑈

15139

**SQUIRE SANDERS & DEMPSEY**
SPECIAL ACCOUNT
350 PARK AVENUE 15TH FL.
NEW YORK, NY  10022

$\frac{1-148}{210}$**735**

DATE  4-30-08

PAY
TO THE
ORDER OF  Clerk of the Court                                    $  50.00

Fifty                                             xx/100  DOLLARS

**citibank**
CITIBANK, N.A. BR #735
785 FIFTH AVENUE
NEW YORK, NY 10022

FOR  040201- 60013

⑈015139⑈ ⑈021001486⑈ 030017834⑈

**SQUIRE SANDERS & DEMPSEY**
SPECIAL ACCOUNT
350 PARK AVENUE 15TH FL.
NEW YORK, NY 10022

15137

DATE 4-29-08

1-148/210 735

PAY
TO THE
ORDER OF _Clerk of the Court_ | $ 350.00

_Three Hundred fifty_ xx/100 DOLLARS

**citibank**
CITIBANK, N.A. BR. #735
785 FIFTH AVENUE
NEW YORK, NY 10022

FOR 040201-0013

⑈015137⑈ ⑊021001486⑊ 030017834⑈



### NICHOLAS UNKOVIC
**Partner**
**Palo Alto**, **San Francisco**
nunkovic@ssd.com

Download V-Card



Publications · News · Events

Nicholas Unkovic, managing partner of the Palo Alto office and a former member of the firm's management committee, advises domestic and multinational technology and financial enterprises on corporate law. He has particular experience in strategic alliances, mergers and acquisitions, and emerging company representation. A significant portion of his work involves international transactions, especially on behalf of clients based in Asia.

Mr. Unkovic also has substantial securities law experience including public and private offerings of equity and debt securities, both in the United States and internationally. He has handled numerous public company acquisitions including a tender offer for an NYSE-listed company and a contested bank acquisition. He advises on corporate governance and 1934 Act disclosure issues, and has served as chair of a public company's audit committee.

Mr. Unkovic is listed in the 2008 edition of *The Best Lawyers in America*. He has also regularly been named one of Silicon Valley's top corporate lawyers in *San Jose Magazine,* and *Law & Politics* magazine has included him among its Northern California Super Lawyers each year since 2005.

Mr. Unkovic is a former director of The San Francisco Company and its subsidiary, Bank of San Francisco. He also formerly co-chaired the Partnerships Committee of the State Bar of California's Business Law Section, chaired the Board of a YMCA and served as a director of the British American Business Council Northern California and the California Council of International Trade.

### Representative Experience

⁜ Numerous convertible debt and preferred stock offerings, strategic alliances and merger and acquisition transactions for emerging technology companies
⁜ Formation of several international semiconductor industry joint ventures
⁜ Numerous bank and bank holding company acquisition transactions, including a contested acquisition
⁜ Cash tender offer for a NYSE-listed company in the chemical industry followed by a squeeze-out merger
⁜ Sale of a substantial equipment leasing portfolio, including aircraft and other substantial equipment leases
⁜ Recapitalization, turnaround and sale of a troubled financial institution, including service as general counsel
⁜ Rule 144A placement of auction rate preferred stock
⁜ Public exchange offering swapping equity for subordinated debt
⁜ Offshore placement of subordinated floating rate debt
⁜ Public offering of depositary shares representing interests in noncumulative preferred stock
⁜ Initial public offerings of a financial institution and a vineyard and winery

**TELEPHONE**
Palo Alto
+1.650.843.3238
San Francisco
+1.415.954.0275

**EDUCATION**
University of Michigan, J.D., *with honors,* 1976; Harvard University, A.B., *magna cum laude,* 1973

**ADMISSIONS**
California, 1976

**PRACTICES**
Financial Services

Corporate Transactions & Securities Regulation

Health Sciences

**INDUSTRY EXPERIENCE**
E-Commerce

Financial Institutions & Services

Technology

Private Equity

Life Sciences

Chemicals



**MARK C. DOSKER**
**Partner**
**San Francisco**
mdosker@ssd.com

Download V-Card



Events

Mark C. Dosker has represented clients since 1984 in litigation, international arbitration and other alternative dispute resolution proceedings to solve complex disputes including class actions in litigation and arbitrations. He often represents clients in international matters. Mr. Dosker has successfully handled a wide range of cases involving corporate and financial transactions and practices, intellectual property, technology, labor and employment, product liability, insurance coverage, tax and other business issues.

At Harvard Law School, where he received his Juris Doctor degree in 1984, Mr. Dosker was a winner of the Final Round of the Ames Moot Court Competition. He also holds a diploma as a graduate of the National Institute for Trial Advocacy.

Mr. Dosker has participated in or taught advanced seminars on international arbitration with the International Chamber of Commerce (ICC) in Paris, Miami and New Orleans and the International Centre for Dispute Resolution (ICDR), the international division of the American Arbitration Association, in Mexico City, San Francisco, Palo Alto and Los Angeles. He was one of only a few delegates from the United States to the ICC's 35th World Congress in 2004 in Morocco. Mr. Dosker has made presentations at business and professional conferences in the United States, China, Japan, Hong Kong, Mexico and Australia.

He is a member of the board of directors of the California-Asia Business Council and is active in various civic organizations.

Mr. Dosker is a member of various bar and professional associations. He holds an AV rating from Martindale-Hubbell and has been listed in the *Guide to the World's Leading Experts in Commercial Arbitration (2004)*. In 2006, he was recognized by *San Francisco* magazine as a Super Lawyer, the top five percent of lawyers in Northern California, in the area of class actions and complex litigation.

**TELEPHONE**
San Francisco
+1.415.954.0210

**EDUCATION**
Harvard University, J.D., 1984; University of Louisville, B.A., *magna cum laude*, 1981

**ADMISSIONS**
California, 1984
U.S. Supreme Court, 1988
U.S. Ct. of App., Federal Circuit, 2000
U.S. Ct. of App., Second Circuit, 2004
U.S. Ct. of App., Ninth Circuit, 1987
U.S. Ct. of Federal Claims, 1996
U.S. Tax Court, 1992
U.S. Dist. Ct., N. Dist. of California, 1984
U.S. Dist. Ct., C. Dist. of California, 1992
U.S. Dist. Ct., E. Dist. of California, 1984
U.S. Dist. Ct., S. Dist. of California, 1999

**PRACTICES**
Litigation

International Dispute Resolution & Non-US Litigation

**INDUSTRY EXPERIENCE**
Communications

Chemicals

E-Commerce

Technology



**JOSE LUIS MARTIN**
**Senior Associate**
**Palo Alto**
jlmartin@ssd.com

Download V-Card



Events

José Luis Martín represents companies in intellectual property and complex business litigation, with particular emphasis in patent and trade secret matters. Mr. Martín has extensive experience representing high technology clients in disputes concerning patent and trademark infringement, trade secret misappropriation, unfair business practices, antitrust and a variety of business torts in federal and state courts and before the International Trade Commission. His representative industries include silicon wafer inspection, integrated circuit simulation tools, computer software and integrated circuit design. Mr. Martin also represents clients in complex commercial disputes before the American Arbitration Association (AAA) and the AAA's International Centre for Dispute Resolution.

Mr. Martin is a member of the Hispanic National Bar Association, the Santa Clara County La Raza Lawyers Association and the Hispanic Chamber of Commerce. He has been appointed Special Mediation Counsel in the Assisted Settlement Conference Program of the United States District Court, Northern District of California. Mr. Martín also serves on the board of Teatro Visión, a non-profit Latino theater arts company in the Bay Area. Mr. Martin has been a panelist and presenter on various intellectual property topics including presenting "The Life of a Patent: From Prosecution to Litigation" at the National Conference of the Hispanic National Bar Association in San Jose, California.

**Languages:**

English, Spanish

**Representative Experience**

- ⁝ Defending a Japanese semiconductor manufacturer and its US subsidiaries in patent litigation involving microprocessor circuits
- ⁝ Defending one of the largest publicly owned utility companies in patent litigation involving an electronic invoicing and payment system
- ⁝ Representing a leading provider of electronic design automation (EDA) software and services in a patent infringement suit relating to EDA for the testing of integrated circuits
- ⁝ Defending one of the world's largest semiconductor production equipment makers in a trade secret misappropriation action relating to electron beam wafer inspection devices

**TELEPHONE**
+1.650.843.3362

**EDUCATION**
University of California, Hastings, J.D., Member, *Hastings Law Journal*, 1999; University of California, Los Angeles, B.A., 1995

**ADMISSIONS**
California, 1999
U.S. Ct. of App., Ninth Circuit
U.S. Ct. of App., Federal Circuit
U.S. Dist. Ct., C. Dist. of California
U.S. Dist. Ct., E. Dist. of California
U.S. Dist. Ct., N. Dist. of California

**PRACTICES**
Litigation

Intellectual Property



### XAVIER M. BRANDWAJN
**Associate**
**Palo Alto**
xbrandwajn@ssd.com

Download V-Card



Publications · Events

Xavier M. Brandwajn's practice focuses on intellectual property litigation and complex business litigation, principally for international clients. Mr. Brandwajn has experience representing high technology clients in disputes concerning patent and trademark infringement, trade secret misappropriation, unfair business practices and a variety of business torts in federal and state courts. Mr. Brandwajn is also a member of the American Bar Association.

While in law school, Mr. Brandwajn competed in and coached the nationally acclaimed moot court program of the University of California, Hastings College of the Law. He also served as a judicial extern to the Honorable Jeffrey S. White in the United States District Court for the Northern District of California.

**Languages:**

English, French, Spanish

**Representative Experience**

- Representing a licensing company enforcing patents covering multiprotocol data communications in an infringement action against network equipment makers and one of the largest computer products manufacturers
- Defending a Japan-based trading company and its US subsidiaries in trade secret and business tort litigation involving semiconductor memory storage technology
- Representing a Japan-based videogame manufacturer and its US subsidiary in trademark and copyright infringement litigation and in Trademark Trials and Appeals Board registration opposition proceedings
- Defending Middle East-based corporations and individuals in complex business litigation involving the breach of a telephone technology contract and a breach of corporate officers' fiduciary duties

**TELEPHONE**
Palo Alto
+1.650.843.8782

**EDUCATION**
University of California, Hastings, J.D., 2006; University of California, Santa Cruz, B.A., 2003

**ADMISSIONS**
California, 2006
U.S. Dist. Ct., C. Dist. of California
U.S. Dist. Ct., E. Dist. of California
U.S. Dist. Ct., N. Dist. of California

**PRACTICES**
Intellectual Property



SQUIRE | LEGAL
SANDERS | COUNSEL
         | WORLDWIDE

**STEVEN SKULNIK**
Of Counsel
**New York**
sskulnik@ssd.com

**Download V-Card**



Steven Skulnik focuses his practice on litigation and arbitration matters. He has trial and appellate experience in many areas including commercial contracts, art and antiquities law, banking, employment law, real estate, shareholder and partnership disputes, trade secret, trademark, information technology and unfair competition. He has tried actions in federal and state courts and in international and US arbitrations.

Mr. Skulnik represents employers in all aspects of employment law including discrimination, wrongful discharge, retaliation and sexual harassment matters. He also assists clients in maintaining policies and procedures consistent with antidiscrimination and other employment laws.

Mr. Skulnik is member of the American Arbitration Association's Panel of Arbitrators and is also a court-appointed mediator for the Commercial Division of the Supreme Court of the State of New York.

**Representative Experience**

- Defending the owner of a hotel in various lawsuits brought by a French bank claiming to hold a valid mortgage loan in excess of US$200 million and successfully obtaining reversal of bank's summary judgment on appeal
- Defending the owner of a luxury shipyard against a claim brought to enforce an alleged asset purchase agreement
- Defending a retailer of high-fashion clothing and accessories in a dispute with a competitor seeking damages in excess of US$15 million under Section 43(a) of the Lanham Act, and defending and arguing successful judgment on appeal
- Prosecuting claims of a Spanish oil drilling company against a Venezuelan affiliate by attaching a large bank account found in New York
- Defending a purchaser of all of the stock of a corporation engaged in the chemical business in an arbitration seeking to recover for unanticipated tax liability
- Defending a company in a claim brought under a stock repurchase agreement where the parties disputed the valuation method of the company
- Defending successfully a claim seeking damages against a licensee of luxury goods brought by a high fashion design house in which it was claimed that purchase targets set forth in the contract should be interpreted as a guaranteed minimum royalty
- Defending management against a claim by an executive seeking severance pay on the ground that he resigned with "good reason"
- Representing the government of the Republic of Italy in the United States District Court and in the United States Court of Appeals for the Second Circuit to support its effort to repatriate a rare and historically significant item of cultural property which was illegally imported into the United States

**TELEPHONE**
New York
+1.212.872.9836

**EDUCATION**
Yeshiva University, J.D., 1983;
Brandeis University, B.A., 1980

**ADMISSIONS**
New York, 1984
U.S. Ct. of App., Second Circuit
U.S. Dist. Ct., E. Dist. of New York
U.S. Dist. Ct., S. Dist. of New York
U.S. Dist. Ct., W. Dist. of New York

**PRACTICES**
Litigation

International Dispute Resolution & Non-US Litigation

Labor & Employment

**INDUSTRY EXPERIENCE**
Technology

Hospitality & Leisure