UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
PUTRA MASAGUNG and IMELDA MASAGUNG,

    Plaintiffs,

 -against-

KEVO-JEAN AYVAZIAN and K.J.A. DIAMONDS INT'L CORP.,

    Defendants.
------------------------------------------------------------

CASE NO. 08 Civ. 4049 (VM)

**CERTIFICATE OF SERVICE**

  I, Steven Skulnik, hereby certify that on this 18th day of July 2008, I caused true and correct copies of the following documents:

  *Notice of Motion for Judgment by Default*

  *Affidavit in Support of Judgment by Default*

  *[Proposed] Default Judgment*

  *Application for Interim Award of Legal Fees and Disbursements As Part of Judgment by Default*

  *Declaration of Steven Skulnik in Support of Application for Interim Award of Legal Fees and Disbursements As Part of Judgment by Default*

  to be served via first-class mail, upon the addressed list below as follows:

| | | |
|---|---|---|
| K.J.A. Diamonds Int'l Corp.<br>580 Fifth Avenue, Suite 2002<br>New York, NY 10036 | Kevo-Jean Ayvazian<br>c/o K.J.A. Diamonds Int'l Corp.<br>580 Fifth Avenue, Suite 2002<br>New York, NY 10036 | Kevo-Jean Ayvazian<br>321 Grant Avenue<br>Cresskill, NJ 07626 |

                _____
                Steven Skulnik (SS 7821)