UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

PUTRA MASAGUNG AND
IMELDA MASAGUNG,       Plaintiffs,

                                                                                                               08  CIVIL   4049   ( VM )

        -against-

KEVO-JEAN AYVAZIAN and K.J.A. DIAMONDS
INT'L CORP.,       Defendants.
-----------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Steven Skulnik, c/o Squire, Sanders & Dempsey L.L.P.__

[X]  *Attorney*

    [X]  I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __(SS 7821)__

    [ ]  I am a Pro Hac Vice attorney

    [ ]  I am a Government Agency attorney

[ ]  *Law Firm/Government Agency Association*

    From: _____

    To: _____

    [ ]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ]  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ _____.

[X]  *Address:*       __1095 Avenue of the Americas, 31st Floor, NY, NY 10036-6797__

[ ]  *Telephone Number:* _____

[ ]  *Fax Number:* _____

[ ]  *E-Mail Address:* _____

Dated: __08/01/08__       _____
                                                  Steven Skulnik (SS 7821)