UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

PUTRA MASAGUNG AND IMELDA MAAGUNG,   08 CIV 4049 (VM)

               Plaintiffs,   **AFFIDAVIT OF SERVICE**

           -against-

KEVO-JEAN AYVAZIAN and K.J.A. DIAMONDS
INT'L CORP.,

               Defendants
-----------------------------------------------------------------

STATE OF NEW YORK    }
                           }S.S.:
COUNTY OF NEW YORK  }

     JOSEPH R. PARILLA, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Staten Island, NY 10314.

     That on the 1st day of August 2008 I served via first class mail a true copy of the foregoing <u>Notice of Change of Address</u> upon defendants:

KEVO-JEAN AYVAZIAN
and
K.J.A. DIAMONDS INT'L CORP.,
580 Fifth Avenue
New York, New York 10036

                                                       _____
                                                       JOSEPH R. PARILLA (Lic. #924278)

Sworn to before me this
1st day of August 2008

_____
Notary Public

KOSTADINA LAMBROU
Notary Public, State of New York
No. 01LA5041943
Qualified in Queens County
Commission Expires April 10, 20__