UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
PUTRA MASAGUNG and IMELDA
MASAGUNG,

        Plaintiffs,

   -against-

KEVO-JEAN AYVAZIAN and K.J.A.
DIAMONDS INT'L CORP.,

        Defendants.
------------------------------------- X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08-27-08

CASE NO. 08 Civ. 4049 (VM)

**DEFAULT JUDGMENT**

    This action having been commenced on April 29, 2008 by the filing of the Summons and Complaint, and

    WHEREAS, a copy of the Summons and Complaint having been served on defendant K.J.A. DIAMONDS INT'L CORP. on May 2, 2008 by personally serving two copies of the aforesaid papers at the office of the New York Secretary of State, located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York, by delivering to and leaving papers with Carol Vogt, an authorized person in the Corporate Division of the Department of State and empowered to receive such service, and a proof of such service thereof having been filed on May 5, 2008 (Docket entry #5), and this defendant not having answered the Complaint, and the time for answering the Complaint having expired, and

    WHEREAS, a copy of the Summons and Complaint having been served on defendant KEVO-JEAN AYVAZIAN on May 5, 2008 by serving "John Doe," an individual of suitable age and discretion, on information and belief, matching the age, height, weight, and physical description of Kevo-Jean Ayvazian at said defendant's usual place of business, and proof of such service thereof having been filed on May 8, 2008 (Docket entry #7), and this defendant not

having answered the Complaint, and the time for answering the Complaint having expired; now, therefore, it is hereby:

ORDERED, ADJUDGED AND DECREED: That the plaintiffs have judgment against the defendants, jointly and severally, in the liquidated amount of $1,325,000 with interest at 9% from April 27, 2005 amounting to $1,697,897.50 plus costs, disbursements and attorneys' fees in this action through May 31, 2008 in the amount of $90,562.58 amounting in all to $1,788,460.08.

Dated:   New York, New York

27 August 2008

_____
Victor Marrero
UNITED STATES DISTRICT JUDGE

This document was entered on the docket on

_____.